1  EMILE BOUARI

2  2334 Thayer avenue Henderson

3  619-650.2388

4  Plaintiff, Pro Se

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 21 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8  **UNITED STATES DISTRICT COURT**
9  **SOUTHERN DISTRICT OF CALIFORNIA**

10  EMILE BOUARI                          Case No.:    2:25-cv-01567-RFB-MDC

11

12            Plaintiff,               **DEMAND OF JURY TRIAL**

13                vs.

14

15  SIGAL CHATTAH

16

17            Defendant.

18  Comes now Bouari, as Pro Per Se files this complaint against Sigal Chattah, the
19  interim US Attorney. Bouari's purpose is to expose a MAGA criminal enterprise,
    and to ascertain if Chattah is involved in said criminal conspiracy, either directly
20  active in or has knowledge thereof. The conspiracy's goals are to effectuate
21  election fraud at all levels as they did in the 2024 elections which Donald Trump
    stole. The group is heavily involved in money laundering activities in order to
22  operate said conspiracy.
23  Past crimes are Affecting future crimes of this enterprise.
    The venue, subject matter jurisdiction and personal jurisdiction are all correct and
24  proper.

25

26

27

28

Title of Pleading

Bouari v. Chattah

CHATTAH. FENECK. FIORE. HAAS. BROWN. MEYERS. MAGA PERSONS.

Mrs Sigal Chattah was appointed as the interim US Attorney for the district of Nevada. Chattah was on the board of directors of the "Juvenile Justice Impact (JJI). Chattah represented Michelle Fiore ("Lady trump") in her case against Victoria Seaman.

Susan Feneck is the founder and CEO of JJI.

JJI is ostensibly a charity whose purpose is to help victims of human trafficking. Feneck received her "Doctorate degree" from Argosy university. Argosy was unaccredited and eventually shut down for being a "diploma mill".

JJI does not have a physical address, even though it clearly states one on its website.

Bouari has requested from Feneck and Shauna Brennan the financial reports (donations and expense reports) of this charity that are supposed to be made public, upwards of 20 times - to no avail. Brennan is the "in-house attorney" for JJI. It became clear to Bouari that JJI was a money laundering front.

Michele Fiore was convicted on all counts of wire fraud in federal court, after embezzling money from the spouses of "fallen cops".

Fiore was pardoned by Trump. Fiore and Heather Marie Haas are seen together at the federal courthouse in Las Vegas in July 2024.

Haas and Emile Bouari met in March 2022. In April 2022 Haas invited Bouari to a "staycation" at the Ahern hotel. After checking in they headed to their hotel room. Sam Brown acted strangely, he walked around Bouari and Haas, and followed them to the elevator and went to the same floor that their hotel room was.

In October 2023 Bouari and Haas proposed to each other and set December as the wedding date. Bouari began questioning Haas as to her activities and relationship with "corrupt cops". Bouari consequently was served with a TPO. Haas was forced to place this on Bouari.

Haas is seen in October 2024 at Trump's economic round table that took place in Las Vegas.

Heather Haas' nexus to MAGA leaders is therefore well established.

Rachel Meyers and Bouari met in September 2023. Meyers owns a beauty spa in Henderson, where they met to discuss business. She is also on the board of directors of JJI.

Meyers, comically attempted to seduce Bouari, only to be made a fool out of. Meyers represented to Bouari that she had not had a single client come to her spa in 5 years.

Bouari mentioned to Meyers that "it looks like this is a money laundering front".

## HEATHER HAAS. CARRIKER. "SWINGERS CIRCLE".
## FAKE COURT CASES AND MARRIAGES. MAGA CONSPIRACY.

Bouari after witnessing Haas' strange behavior google searched "Heather Haas crimes". A human trafficking case involving a Heather Carriker and John Griffin appeared. Both Heathers are 48 years old, and live in Henderson. Haas is Carriker.

Bouari then discovered that there were thousands of "Heather" cases - 6,000 to be precise - on Hemderson Justice court's dockets.

Bouari also discovered that Haas used different names such as "Campbell" - her ex husbands name - to get married. One of the fake names was "Heather Marie Baboian. Recall Haas's first and middle names are "Heather" and "Marie".

Baboian is owner of the trademark "Swingers Circle". Swingers circle is ostensibly a swinger sex event. It is actually a meeting place for co-conspirators of a MAGA conspiracy - to steal elections from Presidential. to Gubernatorial and others.

At the swingers circle, participants have to play

1. "The Game", where everyone has to be completely naked throughout the night, at the venue every Thursday night at 9 PM -

2. is only given to participants 2 hours prior to the event starting. This is unusual, and the reasons for which are to make sure no one is wearing a wire, and that no law enforcement can set up a sting operation, plus it gives the hosts ample time to vet potential participants.

The swingers circle uses the same phone number as "Greg Baboian" real estate company. 702-468.2774.

Greg Baboian is married to "Heather Mari Baboian". There are scores of real estate transactions through this company.

The MAGA conspiracy consists of thousands of members, some active full time, others part time. These persons participate in a range of activities to promote the conspiracy's goals and ambitions. The main objective is to create thousands of "ghost" identities in several cities, counties and states, thereby creating tens of thousands of votes that are manufactured. This is exactly what they accomplished to a certain extent in the 2024 elections - which it is becoming evident that Trump stole the elections.

In order to compensate all these and pay for operating costs this group launders money. An example of the money flow would be:

1. Elon Musk writes a check out to the "Republican party", and PAC's.

2. This money then is transferred to business and charitable entities

3. The use of sex sites as "Chaturbate" and other sex events - tokens and tickets.

Page **3**

Title of Pleading

BOUARI V. Chatah

## MONEY LAUNDERING IN A CRIMINAL ENTERPRISE.
## USC TITLE 18 SS 1956.

Bouari has uncovered several entities that are money laundering operations.

Juvenile justice Impact.
Sigal Chattah was involved with this charity, and may or may not be an active participant in the conspiracy. If Mrs Chattah is involved then that would be a potentially bad situation for the US Attorney's office and the whole justice system, as any defense attorney could use this as leverage. A similar situation that Trump finds himself in. His involvement with Epstein and that fiasco where it is probable that he raped dozens of 14 year old girls, has opened the door to Putin's and Netanyahu's dictates since they have information and evidence against him.

Oasis beauty spa. Meyers hosts "limousine sex parties" even though her business is a complete failure.
Gentleman's ride.
Baboian real estate.
SHERO foundation and several others.

Heather Haas is a forced participant in this criminal conspiracy, she has attempted suicide twice in efforts to extricate herself from this conspiracy. She came under relentless threats and blackmail. Recall Sam Brown;'s strange behavior at the Ahern hotel, also there is a leaked "Q-Anon" video where Michael McDonald and Fiore are threatening people. slandering women and stating "we know who you are, where you live and we are listening to you".

The whole "City of Henderson" has been mobilized to effectuate this conspiracy's ambitions. The leaders recruit young people, ages 18-20 due to their inexperience and naivete, and obedience to "authority".

## PRAYER FOR RELIEF.

1. The immediate investigation into this MAGA criminal enterprise, and
2. Release of Heather Haas from said enterprise, and removal of any and all restraining orders Haas is being forced to place on Bouari.
Bouari files this complaint not for any personal benefit, but to fight what seems to be a looming dictatorship where presidents run criminal enterprises from the White House.

Title of Pleading

BOUARI V. Chattah

1    3. The immediate deposition of Chattah by Bouari on topics strictly related to this
2    conspiracy.

22    Dated: August 21, 2025          Signature:
23                                    By: EMILE BOUARI

Title of Pleading

BOUARI V. Chattah

Exhibit
ONE

1  Emile Bouari
2  253 Elder avenue
3  (619) 650.2388
4  Plaintiff, Pro Se
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10 Emile Bouari                    Case No.: 25-cv-1266-BEN-MMP
11
12        Plaintiff,              **AMENDED COMPLAINT**
                                  **under Rule 15 of the Federal Rules of**
13        vs.                     **Civil Procedure**
                                  **DEMAND OF JURY TRIAL**
14
15 Sam Brown
   Et Al...
16
17        Defendant.
18 Amy Brown
19 Heather Haas
   Kate Haas
20 Ashley Haas
21 Marie Simms
   Paul Simms
22 Daniel Simms
23 Aaron Simms
   Steve Wolfson
24 Carlo Cannuscio
25 Joseph Haas
   Roberta Ohlinger
26 Scott Holper
27 Karla Valenzuela
   Sigal Chattah
28 Shauna Brennan

Title of Pleading
Amended Complaint

| | |
|---|---|
| 1 | Susan Feneck |
| | Juvenile Justice Impact |
| 2 | City of Henderson |
| 3 | Henderson police department |
| | City of San Diego |
| 4 | Mayor Todd Gloria |
| 5 | City of Las Vegas |
| | Las Vegas metropolitan department |
| 6 | City of Los Angeles |
| 7 | Sheriff Kevin McMahill |
| | Chif of police Hollie Chadwick |
| 8 | PO Trent |
| 9 | PO Trent's partner |
| | PO Whitney Werksman |
| 10 | PO Werksman's partner |
| 11 | Sheriff Chad Bianco |
| | Riverside Sheriff department |
| 12 | Johnathan Cooper |
| 13 | "Kasidie llc" |
| | Every single MAGA sheriff running for any position ex-law enforcement |
| 14 | The Reviw Journal |
| 15 | Alicia Albitron |
| | Captain Hector Cintron |
| 16 | Kelly McMahill |
| | Michelle Fiore |
| 17 | Michael McDonald |
| 18 | City of Sacramento |
| | Chief Katherine Lester |
| 19 | Aaron Simms |
| 20 | Daniel Simms |
| | Paul Simms |
| 21 | The Republican party of Nevada |
| 22 | Michael Sanft |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2
3  Comes now Bouari, as PRO PER SE files an amended complaint in above
   referenced case with purpose to add several defendants, along with explanations
   regarding they being and actual proper parties to said complaint. Bouari is
   replacing the "John and Jane Does" with actual persons and entities.

4  Rule 15 of the Federal Rules of Procedure govern the amendments pleadings
   including the adding of defendants.

5  The following list comprises of the persons and entities Bouari is adding:
   Alicia A. Albitron

6  Captain Hector Cintron

7  Kelly McMahill
   Michelle Fiore

8  Michael McDonald

9  City of Sacramento
   Chief Katherine Lester

10 The Republican party of Nevada

11 Aaron Simms
   Daniel simms

12 Paul Simms
   Michael Sanft

13
14 Judge Albitron is a corrupt judge who adjudicated and ruled in cases pertaining to
   Bouari which she was obligated to recuse herself from, as she benefited from such
   ruling. Albitron is an active participant in the MAGA RICO criminal conspiracy,

15 as is evidenced by her exaggerated number of "Heather" cases on her docket. She
   knew fully well that the case was corrupt and manufactured to benefit the RICO

16 conspiracy. She abused her office in order to benefit said conspiracy.

17 The City of Sacramento is involved in criminal acts against Bouari for several

18 months. The police have also manufactured hundreds of fake mug shots which
   they release to the public as "sex crime arrests". Their goal is to prove that this and

19 that Sheriff is "cleaning up the streets" or "making our city safe".

20 this is typical of the MAGA-sheriff criminality.

21 Bouari has in his possession a video that shows the nexus between Chaturbate sex
   cam sites and the police. Chaturbate is a money laundering front and a platform

22 for surreptitious messaging. . The video also shows police cars threatening Bouari
   on a dark lonely street. Lester is the chief of police who Bouari contacted several

23 times asking her to halt all such crimes against his person.

24 Kelly McMahill is the wife of Sheriff Kevin McMahill who was properly served
   yet stated that "Federal courts do not have jurisdiction over him". Kelly is aware

25 of said conspiracy and has failed to notify the FBI or other authorities of her
   husband's crimes. If the Sheriff is innocent then why doesn't he simply reply as

26 such? The only answer is that he is aware that Bouari has evidence against him

27
28

Page **3**



Title of Pleading

AMENDED COMPLAINT

1
2  and by doing so he would only make a bad situation worse. Aaron and Daniel
   Simms, Heather's brothers are involved in money laundering as is Carlo
   Cannuscio, laundering $7 million in 2024 for the benefit of this RICO enterprise
3  through the "Gentleman's bike" group.
   They are also involved in election fraud, fake voter registrations etc. Paul Simms
4  is Heather's father and is actively hosting meetings at his home for the benefit of
5  the conspiracy.
6
   Captain Cintron is Metro PD;s vice captain. He has defrauded the public by giving
7  press conferences stating that they "apprehended 70 human traffickers".
8  Michele Fiore is a convicted criminal and a leader in said organization. She is seen
9  with Heather Haas at the federal courthouse. She is seen with Michael Mcdonald
   at a Q-Annon meeting, where they threaten people with "We know who you are,
10 and where you live, we are listening to you"McDonald is the MAGA man in
   Nevada, head of the Nevada Republican party which uses its resources to commit
11 election fraud and other crimes.
12
13 In the near future, both of them will be mere "albatrosses around the city of
   Henderson's neck", as Trump's decrepitude accelerates.
14
15 Bouari has uncovered the "money flow" from Elon Musk to the ground level
   operatives, through entities such as "Gentleman's riding club", " "Juvenile Justice
16 Impact", and "Baboian real estate". Musk also announced to the world that "he
   (Trump) would have lost the elections had it not been for me".
17
18                          The beginning of the END
19
   With Trump's astounding corruption, and massive domestic (farcical birthday
20 parade V. 5 Million opposition protesters) and foreign policy failures, along with
   huge health issues, his demise is near, as such so is this organization's.
21
22
23
24
25
26
27
28

                              Page __4
                           Title of Pleading

1

2       Origins of this RICO criminality. Delusional Sheriffs become criminals.

3

4 The origins of this alleged RICO conspiracy can be traced to meetings organized by Sheriff Mack following President Trump's 2020 election loss. These gatherings

5 reportedly evolved into a nationwide initiative aimed at influencing electoral outcomes across various levels, including presidential and gubernatorial races.

6 The group manipulated the 2024 elections and has purported plans to influence the upcoming 2026 midterm elections and future contests, including the much

7 speculated on 2028 presidential elections.

8 The fact that police groups stole the elections for Trump, a "cop killer, (Trump pardoned all the January 6th killers) who then pardoned a criminal (Fiore) who

9 stole money from cops' wives speaks volumes. It proves beyond a shadow of

10 doubt that this whole conspiracy has nothing to do with making America great again but instead making their lives great through self-aggrandizement and

11 self-interest.

12 During the period leading up to the 2024 elections, we witnessed Trump state on several occasions, "We don't need your vote" and "There will be no more

13 elections after this one".

14 Trump remarkably won all 7 swing states. That was not enough to jolt suspicion among Democrats, who sat idly by, clueless as to the ongoings, wondering "what

15 happened".

16 Trump awoke the masses, as did Hitler, Khomeini, and so many others before him.

17 Trump's election as the President has "given license" to the masses to commit

18 crimes, something they have been planning and waiting for, for several years. The masses, for the most part, are, the "have-nots", and they embraced a President

19 who promised to "make America great again." They, unsure of the definition of

20 this statement, found it more attractive, understandably so, than the current status quo.

21 Of course, their agenda has nothing to do with making America great but instead

22 making their own lives great. They use the ignorant populace to achieve this.

There are tens of thousands of people participating in this "MAGA criminal

23 movement", for lack of a better definition, and have, in a manner, created a "State within a State". Some members are active full-time (I live the lifestyle 24-7),

24 others part-time, (I live the lifestyle when I can). There are however "core groups"

25 such as Haas's.

This is a sample of the "coded language" members use. Haas would have on her

26 profile "I am dating someone not on FetLife", Tinder, and other sites, given that

27 Bouari was not a part of this absurd conspiracy.

"Police" are the main actors in this narrative, but Bouari specifically states that not

28



all uniformed or un-uniformed police are involved, most are turning a blind eye to this conspiracy, as opposed to being participants. The police however are the "operant force" behind these schemes of election rigging and fraud, and all concomitant crimes of which there are many.

The media are complicit, and corrupt in this fraud as Bouari emailed all major Las Vegas news outlets and half the executive teams and journalists therein a plethora of evidence, and questioned their journalistic prowess, and integrity with simple questions such as "are you aware that all those mug shots are fake?"

Bouari is suing the Review Journal and other Las Vegas news outlets as they have forfeited their "journalist's immunity" normally afforded to journalists - since they have intentionally defrauded the public with their fake headlines and arrests and done so over a period of several years, even after being made aware of their actions.

Of course, Bouari received no response to his scores of emails sent to over 20 executive staff about their knowledge as to the fake arrest headlines which are obviously fake.

Many, surely, have no clue as to the extent of criminality being perpetrated by segments of this RICO organization. For example, on or around March 5th, 2025, Bouari witnessed in a beach town in California, what can only be drug importation from Mexico, escorted by the Sheriff department.

Bouari inadvertently obtained a video showing at least three marked Sheriff's cars escorting a tractor-trailer of damaged vehicles. Along with border security, over ten unmarked cars were present when Bouari drove by the scene. It was clear what might be inside those damaged cars.

Bouari noticed that border patrol cars would monitor him, so he would wave to them, as he would to sheriffs. It is obvious that these border security persons are an important part of the conspiracy's "import division". The reason Bouari waves is as a gesture to them that he is not their enemy and is being friendly.

Bouari believes that many individuals involved in this electoral scheme are unaware of the other illegal activities being conducted by their associates. He claims that judges, prosecutors, and other high-level officials are part of this conspiracy related to the elections. Bouari asserts that once he reveals the undeniable evidence, these high-ranking individuals will find the drug import business unacceptable and will put an end to it. He holds a similar view regarding the families of individuals like Haas, police spouses, and others.

<center>Popular delusions and the madness of crowds.</center>

Bouari initially believed this was a cultural movement related to polity and society. However, it is actually an economic and business movement that uses the cultural norms of the conservative party as a platform. We witness Trump assuaging the foolish uneducated masses with "making America great again" and signing executive orders on transvestites and other such nonsensical and ordinarily

<center>Page __6__</center>



useless gestures.

Neither Trump nor Musk, central figures in this narrative, seem to prioritize the interests of MAGA supporters or conservative or Christian values and ideals.

Musk is a foreign-born Jew who mocks the MAGA people as "beyond stupid". This concept is not a uniquely "American-Trump-esq" phenomenon, it has occurred scores of times throughout history.

Trump utilized the fundamentalist Christians and uneducated masses for his pursuit of power and wealth.

This is not difficult to accomplish given that any investigation into strong geographical trends, and mechanisms of wealth, and health evince a huge divergence between Trump supporters, and non-Trump supporters as to income levels, and wealth trajectories, (the 2020 elections democrats reflected a 74% of USA GDP).

This huge divergence between economic fortunes between his supporters and non-supporters are compounded by the fact that his supporters are less educated in terms of both quality and level thereof, experience lower life expectancy rates, higher infant mortality and specific disease morbidity rates.

Religious fervor is more pronounced amongst his supporters, superstition is rife, and even though the inverse relationship between religious fervor and education and health levels is complex and nuanced it is clear cut, and overwhelming.

Bouari is aware that this group's agenda is facing a time crunch. They belong to a cult, or in some cases overlapping cults. Its leader is Donald Trump, who is 100% irreplaceable.

As such, it is only a matter of time that their criminal agenda is thwarted, and easily so. MTG's recent loss reflects what the future portends for this MAGA movement. Cracks in their structure are appearing and resistance to Trump's dictatorship is emerging everywhere.

It is no coincidence that the Vatican, with its 1.4 billion followers worldwide, and 55 million followers within the USA, elected an American Pope, and that the Holy Father's first global televised messages were to denounce Trump and JD Vance.

On May 10th, 2025, Bouari attended a Democrat meeting, and in essence was promised a job with the Kamala Harris campaign(s) after explaining what he uncovered. Though ostensibly speculative at this point, Bouari knows Harris is going to run.

Trump's plans and objectives can only be obtained with the control of the judges, prosecutors, and other persons in positions of authority. The FBI must be controlled, and thousands of "non-loyal" federal employees must be removed from their jobs and positions, i.e. the "purges".

Given the extent of Trump's criminality, a military coup against him is not unfounded.

Heather Marie Haas. Coincidence after coincidence is no coincidence.

Page 7



1   Heather Haas and Emile Bouari met in March 2022 and immediately began a
2   relationship.

    They were engaged to be married in October 2023. Right from the beginning of
3   their relationship, Bouari observed that Haas exhibited signs of constant stress,
    anxiety, and fear. She frequently alluded to being trapped in a serious situation she
4   could not escape from. She indicated that this was the underlying cause of her
5   suicide attempt and why her husband, Dave Campbell, left Las Vegas and moved
    to Washington state.
6   She called and texted Bouari daily from work, expressing feelings of anxiety and
7   concern. She mentioned time and time again "You have no idea what I am going
    through" and "Please don't ever abandon me". At that time, this did not make
8   sense to Bouari, but it does now.
9   Bouari discovered that she communicated with her husband Dave, with whom she
    had a 10-year relationship, exclusively through emails rather than phone calls or
10  messages. She could not explain this.
11  Bouari later discovered that all her phones were, and still are, being monitored.
    This raises serious legal questions about who might be conducting the monitoring
12  and for what purposes. Haas is a De Facto hostage in this conspiracy.
13  Haas, at the behest of and for the benefit of the RICO enterprise in turn hacked
    into all Bouari's electronic devices, but at least she apologized for doing so.
14              Ahern hotel incident. Sam Brown's behavior.
15  In April 2022, Haas invited Bouari to a "staycation" at the Ahern Hotel. While
    walking through the hotel, Haas mentioned she had been there many times,
16  explaining it was due to hosting and attending "mother-child events". The fact that
    Haas planned this staycation less than one month after she met Bouari is evidence
17  that she, after falling in love with him, wanted out of the absurd conspiracy made
18  up of the stupidest and least educated people imaginable -- MAGA criminals,
    thugs and "beyond stupid" people.
19  As they approached the elevators, a man with a burn damaged face came close to
20  them, almost touching Haas, and rode up the elevator with them. He appeared
    flustered and was breathing rapidly.
21  Bouari repeatedly asked Haas if she knew the man, whose behavior suggested he
22  might be an ex-boyfriend or business associate.

    The man with the burn-damaged face was Sam Brown, the MAGA candidate for
23  Nevada Senate. Haas paraded Bouari in front of Brown to distance herself from
    the RICO conspiracy and gain independence from individuals like Brown. The
24  mounting evidence suggests a criminal conspiracy involving actions like rigging
25  or stealing elections.
26  Unbeknownst to Bouari, Haas attempted several times to withdraw from this
    serious criminal conspiracy. She came under constant threats of violence and
27  intimidation.
28  Bouari's presence at the Ahern Hotel as someone outside the group was a message

1    message from Haas to Sam brown that she wanted to quit and could no longer
2    participate in this criminal scheme.
     Sam Brown's reaction was one of intimidation. Haas's recent suicide attempt I
3    guess mattered not to this future Senator hopeful.
     Bouari is ecstatic that his filing of the RICO civil complaint thwarted Brown's
4    successful bid for Senator. Haas wanted to quit this conspiracy; Scores of people
5    felt threatened by this, worried that she could expose the operation. They are still
     threatened now, much more so than before as Bouari keeps uncovering more
6    evidence on this group's activities, without even trying to, and did so, against all
7    odds.
     Bouari prevailed against hundreds of police and sheriff threats and intimidation
8    tactics, illegal criminal indictments, false imprisonment, gang stalkers who
9    attempted to run him off the road, intentional disruption and interference in his
     business, and more.
10             The swinger's circle, "the game", and its purpose.
11   The swingers' circle is based out of the Ahern Hotel, it is here that "swinger sex"
     events, not "mother-child" events are held. A "Heather Marie Baboian" (Heather
12   Marie Haas) owns the trademark "swingers circle". Greg Baboian is listed as the
     owner of the phone number for the Swinger's Circle yet, is also a realtor whose
13   professional number is the same as the Swinger's Circle'.
14   Every Thursday night, the swingers circle hosts "the Game," where all
15   participants must be completely naked throughout the night. It is made up of
     couples and single females. This group meets at the Ahern Hotel, where Brown
16   has his political campaign office.
     Haas told Bouari that someone from "a group" once grabbed her from behind and
17   pushed her into a "playroom", hoping to have sex with her, she was helped when
18   two of her friends ended up removing this man from atop her (recall everyone is
     always naked).
19   Apparently, her husband Dave was not there. She also mentioned that her best
20   friend, Elisabeth Lemieux, had to change her name to Jennifer Campagna as
     someone from "a group" was stalking her after a similar incident, of a man
21   attempting to have sex with her.
22   The police, many of whom attend these swinger sex events did nothing about
     these and other sexual assaults. The police that do attend these sex parties and
23   events are all being unfaithful to their spouses, and significant others. Recall,
     Marjorie Taylor Greene's assertions that the GOP covers up scores of rapes, and
24   sexual assaults linked to MAGA politicians and others.
25   The most important function of this event is to mask this group's criminal
26   activities by constantly convincing new people to attend these events, so that they
     can use them as a "Zebra effect".
27   Regular attendees, including Haas, visiting the Ahern hotel under the guise of
28   swinging with the same people may be quickly exposed. However, if Haas occasio

Page 9



1    occasionally joins events to further the conspiracy's agenda, with other members
2    amidst new weekly participants, it won't appear suspicious. For example, if Haas
     and say 7 members of this crime syndicate must meet monthly, then it would be
3    highly suspicious to any observers or investigators that 8 people - the same 8
4    people - keep attending swinger events at a hotel. Why wouldn't they simply meet
     at one of their houses?
5    With constant new people swinging, the reason would be "we cannot allow
     strangers into our homes", Hence their consistent absurd efforts to convince
6    people to swing, or at the least attend swinger events and watch people "playing".
7    This, and other similar events are used to "hand off hacked" data with USB drives
     (voter databases).
8    Coordinating bot farms under the guise of "private networking".
9    Recruiting insiders (like election software technicians) with bribes or blackmail.
     Cash based transactions – allowing untraceable payments for "private parties".
10   They use a large array of sex sites as platforms to source "leads".
11   Bouari has a video of Michael Sanft naked at a swinger's pool party. He is the
     attorney who represented Michelle Fiore in her federal criminal case.
12   Disguised meetings.
13   The Swingers' circle provides a cover for meetings where the group discusses the
     conspiracy. The unconventional setting might deter outsiders from suspecting
14   illegal activity. In the case of the swinger's circle, there are generally around 12 –
15   24 participants who are always naked in a penthouse suite at the Ahern hotel.
     Coded language.
16   The game could involve coded language or rituals that facilitate communication
     about conspiracy without raising suspicion. This is the "trivia" game they play,
17   men V women, that everyone must participate in.
18   Blackmail material leverage.
19   The group might use participation in the swinger's circle as leverage to ensure
     compliance. Members who want to quit could be threatened with exposure of their
20   involvement. Sex themed parties and events is a huge recruitment tool for this
     group.
21   Consider that Don Ahern is a top MAGA person and owner of the hotel where all
22   these people meet for the "game" at the Swinger's circle. How hard would it be
     for them to video record everything?
23   The converse is also true, the group knows it is safe because staff at the hotel
24   could "sweep" for any listening devices, or spy cameras, as Don Ahern is
     obviously aware of this criminal conspiracy as he is one of its founders.
25   It was obvious that when Haas took Bouari on that staycation, she was using him
26   as a shield. By parading him around, Haas was trying to assert her independence
     and protect herself from further abuse or coercion by the group.
27   In essence, Haas was parading Bouari around as a sign of strength and inability to
28   continue this criminal activity of stealing elections, and as such, Bouari was a pote

Bouari was a potential ally in her desire to quit this criminal scheme.

At these events all manners of this conspiracy are discussed, including "training" of members and directives are issued. Haas would spend hours daily watching "true crime" series. When asked, Haas replied that "some people told her to watch these". A complete waste of time, and typical unthought-through MAGA stupidity.

They connive, conjuring ways to commit crimes such as transfer of wealth and assets. Bouari discovered that they use shell corporations, asset protection trusts - these entities in turn own real estate - to pay scores of people like Heather Haas, in efforts to conceal fraudulently conveyed assets.

In August 2023 Haas came back from one such event in tears, because her co-conspirators were telling her to leave Bouari. Haas refused to do so. She told Bouari that her father stopped talking to her because of her relationship with him (Bouari), since he would not support Trump wholeheartedly, and that many people wanted her to cut off ties with Bouari.

Haas told Bouari several times that her relationship with him, meaning Bouari has almost completely isolated her from everyone that was close to her. Yet she asked Bouari if he would marry her giving him an engagement ring knowing that he constantly disparaged Trump and exposed his criminality.

This shows clearly that Haas couldn't care less about this group and wanted to withdraw from said conspiracy, yet comically we have prosecutors and judges pretending that Haas is a victim of Bouari's. The capacity for self-delusion amongst MAGA individuals and its "group think" behavior is astounding. All corruption by judges or prosecutors will be exposed in open courts at the federal level. Haas is a victim of Sam Brown and MAGA leaders, and corrupt police – not Bouari.

Bouari, a Lebanese Maronite grew up under brutal Syrian occupation, joined the "Forces Libanaise", (an extreme right wing political and military faction whose ideology was based on Franco of Spain and Salazar of Portugal) when he was barely 20 years old, proceeded to be trained by Israeli "Sayaret Matkal" for 7 months in the Negev, in CQB tactics and scenarios.

20 months later, at the end of that protracted conflict, Bouari lost his wife, several friends and associates, along with his elder brother - all combat fatalities. Bouari for his part killed 17 Moslem and Syrian combatants, in close quarter battlefield operations. There exists an FBI report alluding to as such.

Men, who have fought this type of combat don't worship people, especially those like Trump, who is a coward.

Haas – Bouari arguments.

The fights they had were always about her involvement in this RICO enterprise made up of uneducated criminals. Haas would constantly comment on how she wasn't like her family; she was different than her brothers, and all her friends. Haas and Bouari would spend hours discussing classical music, astronomy, econo

Title of Pleading

economic development, and other such eclectic topics. Haas's role in this conspiracy was and is defined as forced participation.

Haas's ex-husband Dave Campbell, upon learning that someone had attempted to sexually assault his wife, confronted that person, only to face threats from corrupt police who eventually chased him out of town. Campbell fled to Washington state, and eventually, Haas divorced him. Campbell ironically is an uneducated (did not graduate high school) Trump supporter.

Bouari would eventually come under police threats, intimidation. Bouari did not flee, instead began unravelling a criminal conspiracy. A conspiracy that is bound to fail.

<div align="center">MAGA threats. Normal course of action.</div>

Haas and others had come under threats of violence and blackmail. There is a leaked video of a "Q-annon" meeting with Michael McDonald and Michelle Fiore, hurling threats of violence and slander against women. McDonald is heard stating, "We know who you are, where you live, we are listening". This is an admittance that they – the MAGA thugs – illegally hack into electronic devices, they are quick to threaten people, and Fiore continues to slander a Congresswoman that "she is a whore", and "give her 2 drinks and she spreads her legs".

These two obese thugs, along with Brown, farcically so, are the MAGA leaders of Nevada. Comically, the MAGA world portrays McDonald as a "fighter", when the only fight he must contend with is against gravity, in getting off the commode, or out of bed.

Recently, Fiore was convicted of wire fraud for embezzling tens of thousands of dollars from the wives of cops who died in the line of duty. She was pardoned by Trump due to her leadership role in this RICO enterprise and her involvement in election-related criminal activities. This "victory" will be short lived, it is only a matter of time until Trump dies or becomes incapacitated or even removed by "the people" - perhaps he will meet his end in the same manner that Mussolini, or Kadafi did - at that time this whole absurd conspiracy will collapse. The federal government will then re-arrest and incarcerate Fiore.

Comically, neither the police nor the District Attorney took any interest in these threats by people who have the means to effectuate these crimes against innocent people such as Heather Haas, who is being forced to violate strings of federal laws.

She was also forced to place a TPO on Bouari by this corrupt criminal enterprise. The TPO is a tool focused on Haas, as it is well known that she has wanted to quit this criminal enterprise and be married to Bouari.

Bouari can extricate Haas from this group, given that he has enough evidence to bring this whole conspiracy crashing to the ground, plus, the evidence that he has is overwhelming and clear cut and has enough to send scores of police officers and others to federal prison for 20 years.

<div align="center">Page 12

Title of Pleading</div>

1  The District Attorney and several police departments and persons and prosecutors
2  received this video several times, along with the following posed question: "Is this criminal?".
3  In the years, 2010-2014 Bouari would help "Mr. Moshe" raise money in the
   Jewish community for a local District Attorney. There is a podcast where the FBI
4  are examining Bouari regarding "Mr. Moshe". It turns out that "Mr. Moshe" is an
5  Israeli mob money launderer. That DA therefore broke serious federal laws,
   associated with money laundering, and campaign finance along with wire fraud.
6  Recently, Bouari witnessed a Henderson Justice court marshal and a couple of
7  days later a city of Henderson prosecutor as members on Kasidie sex site. Later he
   noticed a few more "court persons" on that site.
8  Haas is not only in a forced pivotal role but also involved in sensitive sex–oriented
9  scenarios, specifically the infidelities that Judges, Prosecutors, politicians, police
   and many others are engaged in.
10 Haas slipped up many times and shared with Bouari about how she knew so many
   people in positions of authority were cheating on their spouses. He asked her how
11 she knew this. Her response was disjointed stating she overheard and saw this at
12 the restaurants she worked at.

                        Bouari will show the court - Haas's:
13 Nexus to MAGA leaders. Fiore (federal courthouse), Brown (Ahern hotel swinger
14 events), and Trump (economic roundtable). Haas has tried to leave the criminal
   conspiracy several times but faced attacks and peer pressure. As a key player
15 involved in major activities, she knows all the systems and players. She acts as a
16 "liaison" between MAGA leaders and authorities.
   Haas visits Henderson and other smaller Nevada cities' courts often. There are
17 scores of fake court cases in those small towns, many with the name "Heather" or
18 "Heather Marie".
   Court dockets in various small Nevada towns reveal Haas's long-term involvement
19 in election fraud and fake court cases, leading up to serious presidential and
20 general election fraud in 2024.
   Several distinct "looks" – such as "Heather Carriker's".
21 Scores of sex profiles on various sex sites.
22 Scores of fake marriages, in different states.
   Hundreds of fake court cases, "Heather" or "Heather Marie" cases, in Henderson
23 Justice Court dockets. Other cities and states, too.
24 "Heather Marie Haas". Taking the most basic probability analysis, every "Heather
   Marie" case landing on a judge's docket would be about 1:9,000 relative to "other
25 than Heather Marie" cases. There should be 9,000 cases for every Heather Marie
26 case.
   Hundreds of fake names with "Heather" as the first name and different last names,
27 Towle, Ugarte, Carriker are just a few. Hundreds supposedly reside in Henderson,
28 Nevada, and hundreds elsewhere.

                              Page 13

                          Title of Pleading

Fake social media profiles.

Fake voter registration records in several states.

Hundreds of fake phone numbers and addresses.

Texts to Bouari admitting:

On how she is "stuck in something unpure and evil".

"Don't know what to do about us."

"Don't know how to fix this".

"I wish I had met you before I joined this group".

"There is pressure for me to place a TPO on you".

"Marco is helping me with fake IDs for illegals". Marco LaEspina is Haas's co-worker.

She is scared; they threaten and abuse people.

Countless other texts evince her forced participation in this RICO enterprise.

Haas's daughter Kate also has sex site profiles, and recently, on March 6th, was chasing Bouari in her car driving from Las Vegas to St. George, Utah. Bouari has the video in his possession.

Kate had in her car 2 young men aged around 20 who may have been in "training" or new inductees to this absurd group of delusional people. Kate is captured on camera "gang stalking" Bouari.

In addition to the above Haas admitted that gang stalkers exist but she cannot help Bouari with this. This proves Haas's nexus to the "gang stalkers".

Escort profiles - Heather and other women have scores of escort and "provider" profiles, yet these women are not sex workers. This means that there are "blackmail and hold leverage over men" schemes involved, whereby the participants entrap men, and with the police acting as if they were working undercover, they instead blackmail their targets either for money or leverage.

If you Google search "Heather Haas sex crimes" what appears is "25 human traffickers caught in Operation Heatwave". Before these search results, the human trafficking case of "Heather Carriker and John Griffin" would show up. This case was in the Henderson Justice court's dockets. This links Haas to the fake news articles pertaining to "police arrests".

Given Sam Brown's strange behavior, coupled with McDonald's blatant threats and Haas's behavior, it is obvious that she got involved in a criminal scheme involving corrupt police and MAGA persons, who are cowards but also thugs – forcing people to stay in the criminal conspiracy.

One would think our law enforcement would protect women and thwart crimes, but no, the police are the main operant groups in this criminal organization.

Bouari will expose to the courts the following videos, of corrupt police action.

These videos are tied into the RICO conspiracy in several ways.

.

Page **14**



Title of Pleading

Amended Complaint

1. Several where the gang stalkers got out of the car and chatted with police. The most recent was when Bouari was playing badminton close to the beach.
2. Several police officers in their uniforms and official cars, and later in civilian clothes and civilian cars, same faces. Some are even on the Chaturbate sex cam site.
3. Bouari approached one of the surveillants and told him that he was going to "take his bicycle and then send 50 corrupt cops to Federal prison". Not 5 minutes later, several sirens can be heard passing by his residence.
4. Bouari emails San Diego police: "Thanks for protecting me by placing Sheriff cars down and up the road from me". A few minutes later, the Sheriff's cars leave. This was all captured by "spy cameras" around his residence.
5. When Bouari was headed to family court in mid-2024 to dissolve the illegal TPO placed on him by Johnathan Cooper, a corrupt judge who benefited from Heather's manufacturing of "ghost voters", several Las Vegas Marshall cars were surrounding him, typical criminal intimidation tactics.
6. Several instances where police or Sheriff's cars surround Bouari on the highway in attempts to intimidate him. Bouari would see fear in their eyes, which was at first confusing, no longer so, given the serious crimes they have participated, and still are participating in.
7. One evening, Bouari accessed the Chaturbate website and reviewed multiple profiles. Subsequently, he had dinner with an ICU nurse at a burger joint. After they entered the burger joint, several of the sex cam models also entered the restaurant. Bouari captured this on his iPhone camera. On the way back home, Adrien, the ICU nurse, noticed that the road to their home was blocked. She mentioned to Bouari, "Babe, this was not there when we came to dinner. Is this the work of your 'funny friends" what should I do?"
Bouari replied, "Act exactly as if you did not know I had 'funny friends". She then took the detour down a dark road. Suddenly, 6 sheriff cars came from the opposite direction, and drove past them speedily. Bouari and Adrien both started to laugh as they captured the whole thing on video and the narrative with it. This proves the nexus between the police, the Chaturbate site, and police attempts at intimidation.
8. Bouari is aware that all his devices are illegally hacked, as McDonald, the uneducated thug admitted. One morning, Bouari went to a 7-11 to purchase half-and-half and noticed two sheriff's cars parked in the lot. There was an African American sheriff with his back turned to Bouari, yet turning his head sideways as a swimsuit model would pose. Next to the other Sheriff's car was a short man who looked like an anteater, and a tall overweight man standing by the entrance saying, "I wonder what the Sheriffs are here for". The anteater fellow has a mug shot / fake arrest profile.
9. A gorgeous brunette police officer was recording the car accident near Home D



Title of Pleading

Home Depot, who fled the scene and started swerving her car left and right, upon seeing Bouari video the scene.

10. A young sheriff with a mustache, hanging around Bouari's home, then he is wearing civilian clothes and gang stalking.

11. Sheriffs out of a beach town, near the Mexican border, escort a trailer loaded with cars. Border patrol has also been involved, having previously pursued Bouari.

12. On May 8th, 2025, Bouari drove into a California beach town and was surprised to see, over the next 30 minutes, more than 10 "police incidents" targeting him. This made Bouari feel safe, and he as such has decided to purchase a home and open a business in that town. Bouari is grateful for all such "protective" actions.

"Video 7" proves police involvement with Chaturbate sex cam site, and that they have broken the law in their attempts to intimidate Bouari, with goal of scaring him away from unravelling their criminal conspiracy.

<center>One cop. Multiple votes.</center>

Other videos that Bouari obtained and has in his possession relate to "gang stalkers" or, as Sheriff Mack would say, "posses".

Scores of car accidents by these gang stalkers. 3 fatalities.

Hundreds of gang stalkers, their faces, and license plates.

These people, no matter what we call them, are an "extension" of the police. They operate in ways that the police cannot. They also operate in tandem with the police.

The very first incident Bouari had with police action was when 2 officers showed up at his home on Thayer Avenue in June of 2023 to "talk to him". One of the officers, Trent, conceals his face, and the other hides behind the garage door, hardly normal police behavior.

Bouari asked Haas as to who called the cops, she said that she called 311. He then asked her to show him her iPhone call log, she responded that "I deleted that call". Bouari then asked her what the purpose was in doing that, especially that "you didn't delete any other calls".

Bouari has taken necessary measures, including the use of iPhone cameras and other surveillance equipment, to ensure his safety and protect himself from any potential threats or acts of violence.



Mug shots. Fake arrest headlines.

Thousands of mug shots and fraudulent police statements to the public. The police are showing the public that they are resolving crimes, making their cities safer, and such nonsense. The police may be the ones involved in criminal activity.

Joseph Haas is a police officer in Las Vegas, and Heather's ex-husband. If you google search "Joseph Haas sex crimes", his mug shot appears. Comically, the news article uses the name "Joseph Crew" as the arrestee. He has more than 1 mug shot / fake arrested photo.

There are thousands of fake arrests / mug shots and hundreds of them are the same persons getting "arrested" in several different cities, and states. At least half of the persons on those fake arrest headlines are cops, or retired cops.

Susan Feneck, the founder and CEO of a "charity" called Juvenile Justice Impact, is a part of this criminal enterprise. Her charity is a money laundering operation, and she is guilty of wire fraud, embezzlement, and money laundering in a criminal enterprise at the very least.

Bouari has repeatedly requested their "donations and expense" reports that should be available to the public from Feneck, and Shauna Brennan the in-house attorney if one can be so bold to call Brennan that. Nothing was forthcoming.

Rachel Meyers, one of the directors, is engaged in "limousine sex parties", which is confusing given that the charity is supposed to be helping women who are victims of sexual abuse, and rape. At one point, Meyers attempted to seduce Bouari to entrap him. Her efforts failed miserably.

She is delusional, and quite hideous. It is noteworthy though that so many people, women mostly, are involved in this MAGA recruitment through sex venues, such as the countless "swinger" sex parties, and "limousine sex parties".

Karla Valenzuela, Susan Feneck, Shauna Brennan, Scott Holper, Roberta Ohlinger and many others have hundreds of fake court cases on Nevada court dockets.

In Early 2024 Bouari emailed scores of police, prosecutors, and judges about Heather Haas's criminality, the evidence was and is overwhelming. No one reached out to Bouari to examine him about what would be a slam dunk conviction. This can only mean one thing - that the prosecutors and police are all aware of Haas's crimes, and that they are involved with her in this criminal conspiracy.

Bouari, recently, created templates of "motions to dismiss" which he could use in getting all non-violent criminal cases on Henderson court dockets (and others) dismissed. The reasoning is simple, if prosecutors and police and others are engaged in massive criminal activity, how do they have the authority to prosecute citizens committing crimes that pale in comparison?

When our police force takes to criminality, they - as Renee Descartes asserted - forfeit their authority and are left only with power. Authority is the badge; power is the gun.

1    Doctrines of "unclean hands", and "fruit of the poison tree" apply overwhelmingly
     to these cases.
2    Bouari estimated that he could get about 200 cases dismissed within 90 days
3    should he follow through with this idea. Bouari then would apply the same idea to
     other jurisdictions and get "thousands of criminal cases dismissed", wreaking
4    havoc on the court systems, whilst exposing mass corruption.
5    Disrupting the court systems, and the "Chaturbate criminal communication
     system", releasing those videos he has of police corruption along with hundreds of
6    exhibits showing how the city of Henderson's judiciary and police departments
7    are all involved to an unprecedented magnitude, at the same time filing this
     complaint in federal court will be devastating to this MAGA group. Subpoenas
8    and witness testimony will be "fate sealing".
9                          October 2023, the Fine Co.
     Haas and Bouari got engaged to be married in October 2023. Bouari visited Haas
10   at her work at the "Fine Co", where he observed a "bazaar" or marketplace
     atmosphere with people trading and meeting. After this visit, Haas did not return
11   to work, likely due to being exposed. She seemed quite happy about this.
12   Haas would get anxious whenever Bouari asked her about cops or crimes; then,
     she would text someone, and the police would show up. Bouari told her time and
13   time again that she was not cut out for this type of deceit and criminality, and it
14   shows.
     Haas texted Bouari once stating "that she didn't know how to fix this", meaning to
15   reconcile her relationship with him, and involvement in this nonsensical
16   conspiracy. Bouari replied "do what's right, be with me, we fight this together,
     and I promise you Heather I will win". Haas asked how he felt so sure he would
17   "win". Bouari stated that "all I need to know is that the cops hide behind garage
18   doors, and when I told you baby that I would place you on the stand in federal
     court, you started crying". He continued, "this means cops are involved in crime,
19   they're very scared about what it is they're doing, and you are involved with them
20   in these crimes whatever they may be". Haas's countless hours of watching "true
     crime" series completely negated with 2 simple observations.
21   Haas started crying as she knew that Bouari would destroy her on the stand.
22   Bouari eagerly awaits the opportunity to examine Haas under penalties of perjury,
     and even more so, Whitney Werksman, a corrupt Henderson cop involved in this
23   RICO conspiracy.
24
25
26
27
28

Chaturbate. Disguised messaging and money laundering.

The night of the Fine Co. incident, Bouari heard Haas on the sex cam site Chaturbate. Haas was attempting to sell a "Lovense" to a sex cam worker called "Rosie Bones". Bouari texted Haas that he heard her voice, and within 5 minutes, she walked through the front door of their apartment slammed the door, went into one of the bedrooms, and locked the door. (The fact that Haas stormed through their condo door within 5 minutes meant that she was close by).

215 Quest Park Street, Henderson (where Haas, and Bouari lived together) is a cesspool of members of this criminal enterprise. These groups tend to "swarm and nest" in certain spots. One of the ways to uncover where these criminals hide is by looking out for signs such as string lights like the Christmas ones, or other lights on their balconies or front doors, and objects placed on the balcony. Haas would leave full jars of tea outside for days, this meant "it's ready". Haas would also place messages on Chaturbate as such "it's time to get naked", which means, "it is complete and ready".

Recently, Bouari noticed that across from his home in California, a small blue car would pull up, under the cover of darkness, and the driver would visit with the blonde girl at 244 Elder Avenue. Bouari recognized that man as someone from the Kasidie website, and the blonde girl as a Chaturbate sex cam worker.

Bouari, knowing that his phone is illegally hacked, texted himself "I know the blonde girl across the street is on Chaturbate and involved in this conspiracy, and that the short man in the small blue car is her mentor". Within a few days the blonde woman packed up and left that residence. Bouari also has a photo of the blonde girl with her mentor which was on the Kasidie site, along with a few naked photos, and videos of the girl.

Bouari has in his repertoire hundreds of Kasidie profile photos, and discussions, and more information, which may be defined as evidentiary.

Bouari knows about 50 similar situations, with sex cam workers being visited in the night by their mentors. Bouari could easily do the same thing and disrupt these teams and their efforts, which are criminal.

That "Chaturbate night" Haas, and Bouari texted back and forth. About 30 minutes later, two female police officers, Whitney Werksman, and her partner, came to the apartment. They suggested that Bouari leave town and threatened him with jail if he did not.

This whole scenario proves the following:

That Haas is pursuing the enterprise's criminal activity at her workplaces, the nexus between Haas and the Chaturbate sex cam site, and the nexus between Haas, and corrupt police, their definite involvement in this criminal conspiracy, with Bouari being a threat to uncovering this RICO conspiracy, which he in fact has done.

Chaturbate sex cam site is used as it has -



1    High traffic, so it is easy to blend in among legitimate users. Lax verification of IDs and covert networking.

2   Payoffs, it is easy to pay with "tokens" disguised as "tips" or "subscriptions".

3   Discreet messaging especially with their "private shows" where the screen is blanked out for everyone except the sex cam worker and the payor. This is also

4   used to disguise payments to operatives.

5    Police interference and crimes against Bouari.

6   Another visit by Whitney and her partner. In January 2024, Haas was out of town. Whitney Werksman and her partner drove to Bouari's home and served him a

7   TPO.

   Another unlogged call. More Illegal police action.

8   The video footage shows the brunette officer placing Bouari against his car for no

9   apparent reason. Bouari immediately looked at the ring camera footage and noticed how she, the officer, was staring at the front of Bouari's car. She was

10  checking the illegally placed GPS tracking device. The GPS is in Bouari's

11  possession.

   How often do police take a TPO and drive all the way to serve that person?

12  They are NOT protecting Heather; they are holding her hostage. Heather plays a very sensitive role in this RICO scheme, a fact that could land hundreds of police

13  officers, and others, in federal prison for between 8-20 years, hence their

14  desperation, and repeated desperate unthought-through actions.

   On another occasion, Bouari was to meet Haas at the condo. Before entering the

15  condo, Officer Whitney's car blocked Bouari's path into the community he had

16  been living in for 18 months. Bouari has video footage of this.

17    Texts - more Evidence.

18  Bouari would text Haas with questions about her involvement with police, or corrupt police, causing her to run into a bedroom and start texting frantically.

19  Police would show up. This is not a coincidence. This is the police being corrupt

20  and holding Haas hostage. Recall, that all her devices have been and still are hacked.

21  These are some of the texts in Bouari's possession (more than 50).

   "Baby, what's your involvement with the police?"

22  "What are you doing with corrupt police?"

23  "It seems that they are keeping you away from me and protecting a system, this

24  makes no sense whatsoever".

   She cannot help me with the gang stalkers, but they exist.

25  Bouari - "Please help me with these gang stalkers."

   Haas - "I can't".

26  She wants Bouari to crush this group.

27  Bouari - "I don't know exactly what kind of a group this is, but I do know they all

28  hide their faces, so I am going to destroy everything around you, to save you, baby

Page 20

Title of Pleading

Haas - "Good! Please do it!"

Some of the texts from Haas to Bouari:

"If only I knew how much you loved me, I never would have joined this group".

"Baby, please never abandon me no matter what".

"Some people want me to put a TPO on you, baby."

"You have no idea what I am going through."

"I wish I had met you before I joined this group."

She sent Bouari photos of herself and her kids, stating, "Yes, I am part of something evil and unpure. "All I ever wanted was to be a mother and a wife".

"I spent 3 days and nights crying, I don't know what to do about us."

"I want to end it – my life; you will never love me."

"I can't bear this anymore; I don't know how to fix this."

"Some people are pressuring me to put a TPO on you".

Johnathan Cooper is a corrupt judge who, regardless of the evidence, denied Bouari's motion to dissolve the TPO he placed on him. Cooper, following orders, benefitted from Haas's crimes of voter fraud and election rigging. At the hearing, Cooper, seeing Haas's absence, as per protocol, called Heather, except the woman who answered the phone was a "Veronica". The marshal in the courtroom, seen frowning, seemed confused by this. Bouari has a video of the hearing.

Police, multiple votes, and their agenda.

In October 2023, Haas locked herself in a bedroom for five days, working extensively on her two computers. She barricaded the door, kept it locked, hardly came out, and would not let Bouari in.

A couple of weeks later, Haas told Bouari that she would "stop doing all this".

Shortly after, headlines about "70 men arrested for human trafficking" emerged in the Las Vegas news. Bouari contacted the Review Journal and the police, including Captain H.C, seeking information about these arrests, but received no response. Interestingly, Captain H.C. appears to have fake mug shots online as well, meaning he is a part of this conspiracy.

It is obvious that the police are heavily involved in the election rigging business, they are also illegally voting several times, in different cities and states. One cop, multiple votes in multiple jurisdictions. The same goes for all the "gang stalkers" who rotate every few weeks, register their names, and fake names with fake IDs to create ghost voters to steal elections.

Their objective is to appoint sheriffs and law enforcement personnel to influential positions such as the Governor's office.

Title of Pleading

1    Police intrusion and concomitant errors. The unraveling of this
2    conspiracy.
     As Bouari would drive, for business purposes, from one city to another, he would
3    notice police "action" aimed at him, such as police being ever-present and
     monitoring him.
4    The fact that everywhere or anywhere he went, police were there, meant this was a
5    much broader "group" than what was originally thought. Ironically, Bouari would
     never have been able to unravel this criminal conspiracy had the police left him
6    alone. Typical uneducated MAGA arrogance and ignorance.
7    Bouari realized the nature of the scheme when he remembered a 2021 news article
     showing Sheriffs discussing election fraud and reclaiming America, hurling
8    childish slogans like "We're going to take America back".
9    Given Haas's peculiar behavior, Bouari Google searched such topics as "Heather
     Haas crimes".
10   Originally, what would appear on the search was the "Heather Carriker, and John
11   Griffin" human trafficking case. Griffin was supposedly a CNN producer who
     paid Carriker $3,000 to perform BDSM acts on her 12-year-old daughter. The
12   story falls apart right from the outset, also, the photo of Carriker (the only one in
     existence) is of Heather Haas, radically edited.
13   The photo of John Griffin is of Haas's friend and co-worker who worked with her
14   at Al Solito Posto and the Fine Co.
     Current Google searches on "Heather Haas sex crimes" bring up an LVMPD sting
15   operation, netting 25 sex-based criminals, "Operation Heatwave".
16   There are thousands of fake sex and drug mug shots and headlines, all of which
     are manufactured. None of these cases exist on any court dockets.
17   There are thousands of fake court cases on Henderson Justice Court's dockets
18   with "imaginary people".
     So, what we have is, on the one hand, court cases with people that do not exist,
19   and on the other, we have arrests (mug shots) of people with no real court cases.
20   The mug shots are of police, retired police, civilians, snitches, and others, all
     members of this disjointed conspiracy.
21   Yet, this group of criminals concocted two criminal cases against Bouari – which
22   backfired against them in several ways.
     The main reason to release these fake arrest news articles is because some police
23   persons are the ones committing the crimes of sex and drugs at the very least but
     are also multi-purposed.
24                Corrupt law enforcement, and federal crimes.
25   Police and sheriffs from Henderson, Las Vegas, San Diego, Los Angeles, San
26   Bernadino, and scores of other cities (and departments, precincts) are implicated
     in creating fake mug shots, fake arrests, and fake court cases to legitimize ghost
27   voters. Non-police politicians are also involved such as the mayor (T.G) of a certa
28



Page 28

Title of Pleading

1  a certain California town.

2  In addition to the above, they are engaged in numerous federal crimes - violating several Title 18 U.S.C. statutes, including -

3

4  Money laundering in a criminal organization (SS 1956/1957), blackmail (SS 873),

5  extortion (Hobbs Act SS 1951), deprivation of rights under color of law (SS242), stalking across state lines (SS2261A), promotion of prostitution (SS2421A), fraud

6  and related activity related to identity theft (SS1028), wire fraud (SS 1343), mail

7  fraud (SS1341), false statements (SS 1001), Travel Act (SS 1952), tax evasion 26 U.S.C. (SS 7201) Arson (SS 844i) and if that wasn't enough,

8  violations of the False Claim Act, Title 31 U.S.C. (SS 3729).

9

10                    Haas's rotating jobs.

11  Haas had worked at the "Capital Grille" for close to 8 years. After this job, she had 8 jobs in about 20 months. Haas's main function (she has several) is to recruit

12  people into this absurd conspiracy (which given that it's a cult, will end once Trump is dead or incapacitated - another Thousand-year Reich) - as such, she

13  moves from job to job. That is not the only reason for job hopping; another reason is that she is asked questions by suspicious managers, as she did with Ciprian at

14  "Al Solito Posto", or her fiancé shows up at her work and causes havoc for no

15  apparent reason.

16

17  Haas, on several occasions, told Bouari that she was having trouble at work with this "Hungarian manager", Ciprian. According to her, he would constantly harass

18  her and micromanage her. It seemed to cause her a lot of stress and worry, which made no sense. It does now, Bouari awaits the opportunity to place Ciprian on the

19  stand and examine him under penalties of perjury.

20  A few weeks later, Haas texted Bouari and told him that she had gotten Ciprian fired and she, now, was the manager at the restaurant.

21  Haas is the most amazing, soft, gentle, and kind woman and is not suited for

22  criminality of this sort that requires constant cunning and deceit. The fact that she is being forced to commit crimes at the behest of corrupt MAGA leaders and law

23  enforcement adds to the criminality of this whole scheme.

24

25

26

27

28

Chaturbate. Tinder. Kasidie - Sophisticated means of Communication.

2 extra points in FEDERAL SENTENCING guidelines.

Bouari was introduced to Chaturbate when he exited the bedroom one morning in late 2022 and found Haas on the site. She quickly closed it, and when he asked what it was, she had no answer.

A few days later, he asks her about the website and her reasons for visiting it. She responds by saying, "I was never on it; I don't know what you're talking about." Under normal circumstances, a person would not lie about something this minor. The fact that Haas did lie, and pathologically so, proves that she was doing so for a reason and was out of necessity.

It was necessary because the condo where Haas, and Bouari lived together in, had recording devices everywhere, and Haas couldn't admit she made an error by inadvertently exposing Chaturbate to Bouari, given that it is an important platform for this criminal enterprise's agenda. Haas could easily have replied "Oh there's a hot brunette on that site I find sexy", instead of defending herself.

That would be counter-intuitive thinking, and all "intelligence" or "spy" agencies know and use this. Haas's group is a farce, comprised of the most unintelligent people Bouari has ever encountered, and as such would never be able to come up with similar sophisticated tactics and strategies.

Bouari's introduction to Kasidie swinger sex site was when he and Haas were talking about sex. She slipped up and mentioned that she was on that site. Haas is not a criminal, and as such slipped up many times. Bouari visited the site and saw profiles where edited images of Haas and other men were on display as couples. Sex sites such as Kasidie, Chaturbate, Tinder, Quiver, and FETLIFE are used mainly for covert communication, recruitment, "zebra effect" strategies, and possibly money laundering and identity theft schemes.

These platforms provide anonymity and cover for illegal activities, leveraging their anonymity and adult-oriented nature. Recall that Jae-Won Jung an investigative journalist uncovered that police in Las Vegas were using the "Signal app" to communicate with each other. Bouari is in contact with her and will subpoena her to testify since she is currently scared, probably because of being threatened.

The use of sex sites.

Secure communication.

Haas and her team would use covert methods like those lifestyle sex sites and all her profiles, of which she has many to communicate with the inner circle, with the Maga leaders, and with other operatives.

Heather had scores of profiles on scores of different sex sites. Sometimes, there are 10 profiles on a single site!

Lifestyle sex sites are used for several reasons.

Anonymity and privacy.

These platforms often offer a degree of anonymity, allowing users to create profiles that do not reveal their true identities.

This is appealing to individuals who want to conceal their activities from law enforcement. Less scrutiny lifestyle sex sites and Swinger clubs are not typically associated with criminal activity periods so they may attract less attention.

Trust and discretion.

The nature of those communities often emphasizes discretion and trust, which can be attractive to criminals who need to ensure that their associates will not reveal their activities to outsiders.

Networking opportunities.

These venues can provide a space for like-minded individuals to meet and form connections.

Cover for illicit meetings.

Meeting at a Swingers' club or communicating through a lifestyle site can provide a plausible cover story. If questioned, individuals can claim they were there for personal reasons unrelated to any criminal activity.

Exchange of information.

These platforms can be used to exchange information discreetly. In a swinger's club, for example, conversations can take place in a relaxed environment where it might be less obvious that planning or coordinating criminal activities is occurring.

Reduced risk of surveillance.

Being naked minimizes the ability to conceal recording devices, weapons, or other tools that could be used for surveillance or enforcement. This can create a sense of security among participants, as it reduces the likelihood of undercover law enforcement presence.

Nudity can symbolize a level of trust and vulnerability among participants. For criminals, this can foster a sense of camaraderie and mutual reliance, making it easier to establish and maintain an illicit relationship.

Distraction and misdirection.

The overtly sexual and social nature of those environments can serve as a distraction. Law enforcement or others might be less likely to suspect criminal

Title of Pleading

activity in such settings, as the focus is assumed to be on consensual sexual adult activities.

Privacy and discretion in swinger clubs or similar venues, nudity is often accompanied by strict rules about privacy and discretion. This can create an environment where sensitive conversations or transactions can occur without fear of being overheard or recorded.

<center>Bouari's sex site profiles were hacked.</center>

For over 18 months, Bouari's profiles on Tinder and Kasidie were repeatedly hacked and deleted across 11 devices in multiple cities. Despite repeated attempts to register, he received "Registration unsuccessful" and "Unaccepted" notifications. Meanwhile, Haas remains active on these sites. This suggests Bouari is under constant illegal surveillance and is being illegally hacked.

Because there are people, members of this conspiracy, on these sites communicating with each other, who do not want Bouari to recognize them, especially since many are law enforcement.

Recently, Bouari recognized one of the Henderson Justice Court's marshals as a person on the "Kasidie swinger" site. He was also Haas's friend "Joel" who complimented Bouari's arms as "amazing" and then wanted to set him up to commit a crime to gain leverage on him.

Haas thought better of it when he, Bouari, told her what you are doing was useless since it was "fruit of the poisonous tree", and I was aware of what your group was attempting to do – namely, "entrap me".

Not uncoincidentally, many persons on Kasidie sex sites are also in the fake mugshots and headlines of news articles. This links police to the Kasidie swinger's site.

Not coincidentally, Haas is on these sites. So are several MAGA women known to Bouari.

When Bouari vacationed in Costa Rica, the African American gentleman renting the hotel room next door was a part of this group "spying" on Bouari. Bouari would watch him from the 3rd floor and notice his sex apps on his phone such as Tinder. Bouari has videos of this man, and his "boss" - a tall Caucasian man, who would show up for "debriefing" if one can call such sloppy stupidity that.

History is replete with such scenarios – where the "priestly class" manipulates the uneducated masses for their benefit. The service industry workers have minimal formal education, plus they have face-to-face contact with thousands of consumers daily – a perfect combination for MAGA recruitment.

The use of sex sites, swinger sites that parlay into swinger parties, and so on is a

Title of Pleading

1   highly effective strategy to recruit people into this scheme.

2   The combination of police departments, service workers, sex sites for recruitment and communication, along with lifestyle sex parties is an aggressive and

3   successful strategy to recruiting like-minded people.

4   Recently, in California, Bouari inadvertently captured on video several sheriff's cars and many non-marked police cars escorting and / or protecting a large trailer

5   with damaged cars. What was in those cars?

6   This was not the first time Bouari witnessed this, though it was the first time he captured it on camera. Bouari has purchased a drone to collect video footage /

7   evidence of such future occurrences. Bouari will also focus on the Las Vegas strip since he witnessed "police action" against him when he last visited the strip, that

8   seemed excessive.

9   The police control the lucrative sex and drug industry. Control the elections. A self-perpetuating criminal conspiracy.

10          This is an ongoing criminal conspiracy. 2 manufactured cases against Bouari.

11  Usually, when people are engaged in an ongoing criminal conspiracy, they fear

12  letting anything come out – a trial or a hearing in open court is a perfect way to expose all this.

13  This situation involves abuse of power, corruption, and election rigging to control

14  the outcomes.

15  All elections are being targeted. Given that criminal activity, such as drug smuggling across the Mexican border, is part of this RICO enterprise's plan, it is

16  not a surprise that they must control the elections; after all, it is the Sheriffs and police that investigate crimes, prosecutors prosecute, and judges rule and decide.

17  Suppression of investigations is also tantamount to the total success of this

18  conspiracy's success.

                Haas admits she is stuck in a criminal enterprise.

19  One afternoon in September 2023, Haas texted Bouari, "I'm going to end it, you

20  will never love me, I'm checking out", then she sent Bouari photos of her and her daughters and stated, "All I ever wanted was to be a mother and wife". Haas is not

21  suited for criminality of this sort that requires constant cunning and deceit. Haas,

22  also on so many occasions would tell Bouari that she is "nothing like her family", "she is so different from most people in Henderson", and other similar statements.

23  (Danielle Brooks, an ER nurse of 14 years, called the police and sent them those

24  texts Haas had sent Bouari. The police responded by securing Haas and taking her to suicide prevention.)

25  Bouari responded with, "But you got stuck in something crap". Haas replies,

26  "Yes, something unpure and evil and cannot get out of it".

27  With this, Haas admits she is in a conspiracy; there is a conflict between her role and Bouari being with her and living with her, and she is stuck in that conspiracy

28  due to threats of violence.

Title of Pleading

Why would she contemplate suicide unless she felt hopeless?

Hopeless to withdraw from this conspiracy. Recall McDonald's open threats and admittance that "We know where you live, we are listening to you".

This proves that the TPO placed on Bouari has nothing to do with Haas being his victim, but instead, the criminals are wary that Bouari may extricate her from their conspiracy, causing extreme concern about its exposure, and cessation of Haas's services with ghost voters and such. Recall Sam Brown's erratic and criminal behavior towards Haas, and Bouari at the Ahern hotel.

This, coupled with the "Brown-Ahern hotel" incident, makes it obvious that there is sufficient fear for them to "have the Judiciary abuse its power" in creating 2 manufactured criminal cases against Bouari, laughably so, especially in the Haas TPO plot. All of which will be exposed as "criminal cover-ups".

       In October 2024, Bouari filed a civil RICO complaint in federal court. The 2 manufactured cases against Bouari. Unlawful arrest and detention. Prosecutorial misconduct. Abuse of power. Covering up strings of crimes perpetrated by this RICO enterprise.

4 days after Bouari filed a lawsuit in Federal Court, an arrest warrant was issued. Bouari took photos of the unsigned warrant that was pending on Henderson justice Court's site almost daily, as he knew that as soon as he filed the civil RICO complaint that "they" would react in such a manner.

Use of "white out" to amend the date, and other material facts. The TPO and subsequent cases are simply attempts to cover up this movement's strings of crimes, and as such constitute abuse of power, prosecutorial misconduct and worse. Bouari hasn't ever been arrested, and suddenly, after filing a civil complaint exposing corruption, has two criminal indictments unleashed against him, where the victims both "happen to be involved in this election fraud criminal conspiracy", and are defendants in "a federal civil complaint alleging factually – broad and extensive police corruption".

Whitney Werksman – manufactured case against Bouari. Use of whiteout to change the date / material evidence – proof it is retaliatory and constitutes "tampering of evidence".

Recently, Bouari was at Henderson justice / municipal courthouse. There he noticed one of the marshals as a person Haas knew named "Joel". Joel had commented to Haas on how "amazing Bouari's arms" were. Joel then concocted a plan to entrap Bouari. The plan tumbled into ruin when Bouari explained to Haas, that he knew what she and Joel were up to, it will not work, it is "fruit of the poison tree". His Kasidie profile is "GETELEVATED".

Bouari who is innocent will always go to trial to expose this conspiracy, and its delusional members - this group on the other hand, being breakers of the law - will never go to trial and risk being exposed with their criminality.

Title of Pleading

1

2

 Sheriff Bianco for Governor. Election Patterns emerge.

3  California is the 7th largest economy in the world and the largest and most
   important state in the USA. Chaos and fear are elements that dictators use to seize
4  more power. The recent fires in Los Angeles were intentionally started by MAGA
5  persons, part of a plan to install Bianco as the governor of California. This would
   be a massive "coup" for this "criminal enterprise". Arson however is a serious
6  federal crime.

7
   Bianco, a Trump sycophant, is running for California's Governor – a MAGA
8  lackey who, under normal reality, would not stand a chance. Bianco is neither a
   "Reagan" nor a "Schwarzenegger".
9

10 There is no way Bianco would stand a chance of becoming Governor unless the
   elections are stolen for his benefit. Recent articles about "a sheriff fixing
11 California" or "bringing common sense back to California" have emerged as the
12 MAGA propaganda machine takes effect. This is what aroused Bouari's attention
   as to patterns that this group displays.
13 There are scores of articles about Bianco being involved in corruption, bribery,
14 was part of a white racist group – the proud boys, which is a group for
   homosexuals and transvestites. Leaked emails showed he is a Trump sycophant
15 and wants to "put a felon in the White House".

16
       Black Sholes model-option derivative trading calculus used for election fraud
17 detection.

18
   Bouari matriculated from Boston University with a master's degree in
19 international economics and minor in mathematics with a 4.0 GPA. His
20 mathematics thesis was on the inefficiencies of the Black Sholes model for the
   accurate pricing of derivatives such as is used for options trading on the New
21 York Stock Exchange or Chicago Board of Trade.

22

23 Bouari figured out recently that he could apply the same formulae and use similar
24 paradigms to uncover election fraud in local elections such as mayoral, senatorial,
   gubernatorial and judicial. This requires a combination of statistical analysis,
25 forensic auditing, and investigative techniques, including game theory trial and
   error scenarios.
26

27

28

Page 29

Title of Pleading

First step would be to gather the data, voter rolls, precinct results, then commence with:

1. Statistical analysis would include using "Benford's law", which predicts the frequency of leading digits in naturally occurring numerical datasets like vote counts.

Use of "turn out" Vs "vote share analysis".

Analyze vote switching patterns.

2. Election forensics tools, like "Rigorous elections" Python library for fraud detection.

Use "L-shaped" vote distribution test.

Examine the distribution of "last digits" in vote counts.

   3.  Non statistical red flags -- chain of custody issues, unusual voter patterns, (early Nevada counts show this exact voter pattern, for the benefit of Sam Brown) registration anomalies, technical glitches.

The above are merely mathematical calculations, devoid of context. Of specific importance is the "context" applied to the numerical calculi.

Bouari, of course is at an advantage given he has investigated the whole case prior to the mathematical applications and can decipher facts and figures based on context of let's say the fake court cases on the court's dockets, fake mug shots and fake marriages, Sex sites, police actions and so on.

                    Utilizing the uneducated masses.

These disenfranchised groups rotate around several cities. They establish residency and phone numbers, set up the ghost voter / multiple voter platforms, stalk innocent people, work in the sex cam industry like Chaturbate, and conduct other criminal activities. Bouari has witnessed this and captured evidence thereof since the end of 2022.

Bouari has obtained video footage of over 50 car accidents by these stalkers, including 3 fatalities. Bouari has the license plates and will, in time, subpoena their GPS to prove they have been gang-stalking him. Bouari will compare those GPS movements with his own.

Due to gang stalking, with a "swarming tactic," these members crash into each other, causing more damage and insurance fraud. Fifty car accidents result in over 100 cars involved.

An interesting question for prosecutors would be, if the police taking the accident reports are not admitting in that report that these people involved in car accidents are stalking innocent people, is this insurance fraud?

What about the fatalities?

Are these treated as mere car accident fatalities, when in fact they are the result of instructions by people in authority to those victims to commit federal crimes on the highway, resulting in their deaths?

Do their family members know that their children are involved in these crimes and

paid for them with their lives?

Are these victims, and their families aware that the police are therefore civilly liable to the tune of tens of millions of Dollars per incident, given their instructions are criminally based?

Bouari observed that many policewomen seemed to stare at him, blush, smile at him - the way they looked at him, was as if, they - "knew something intimate" about him. Bouari found out from a female police officer in St. George, Utah that she had seen him naked through videos and photos that he placed on those sex sites when he was researching this conspiracy. Bouari became "close" to this police officer, they, spending several days and nights together. One can only assume that others saw the same videos and photos.

This police officer made Bouari aware of certain facts such as that there's intense pressure to achieve their agenda quickly since "we all know Trump's corruption will have significant fall-out", and concomitant backlash. She also stated that there was huge infighting, and that many have withdrawn from this "project" as she would call it, as they became disgruntled. In addition to that, she stated the obvious, that "once Trump is gone" everything will fall apart.

At that time, Bouari did not know that half the people on those sites were law enforcement and retired law enforcement. It was through such nuances that Bouari connected one dot to another to another thereby unraveling this whole criminal scheme.

Bouari sent a plethora of evidence of this criminality to the Las Vegas and other District Attorney's offices. They decided not to act on it. Emails are one thing, open court and witness testimony are another.

The overwhelming and undeniable evidence Bouari will present in open court would compel the District Attorney to prosecute this group's crimes, unless, of course, a U.S. Attorney decides to do so first.

Heather Marie Haas. Maga election criminal conspiracy.

This summary outlines a complex and multilayered conspiracy involving Heather Marie Haas and the MAGA-aligned leadership in Las Vegas especially Sam brown, corrupt law enforcement, and the use of sex sites and fake identities to manipulate elections at all levels IE presidential, senatorial, gubernatorial, judicial, congressional and local, the operation appears to be highly organized leveraging technology covert communication and systemic corruption.

Heather Marie Haas is a central, albeit unwilling, figure acting as a conduit between the MAGA leadership and operational teams.

Her involvement mainly includes coordinating fake identities, facilitating communication, and recruiting participants.

Sam Brown. Is a MAGA-aligned political figure, a former Nevada Senate candidate, a key leader in this conspiracy, and a criminal.

His strange behavior at the Ahern hotel suggests anxiety about exposure, personal physical attraction, and involvement with Heather Haas.

Operational practicality.

Ghost voters.

Fabricated identities were created using fake mug shots, court cases, and DMV records to manipulate voter rolls and election outcomes. A system where a person votes multiple times under aliases in multiple jurisdictions is being used to steal elections.

Multiple votes, multiple cities, multiple states in a perfect geometric expansion.

Operational tactics.

Fake identities and ghost voters. Corrupt police create fake mug shots and arrest records, which are published in the media to legitimize fabricated individuals. Judges approve fake court cases to solidify these identities further. Fake mug shots also defraud the public into thinking law enforcement is "doing its job".

Unfortunately, our police are the ones engaged in the very same criminal activities they purport to thwart. After all, "the President is doing it and implies we can" if we are on the same side - a clannish-type mentality.

Corrupt DMV employees generate fake IDs and voter registration documents. These ghost voters are strategically registered in swing states or districts to influence election outcomes.

Intimidation and harassment.

Law enforcement officers attempt to intimidate individuals who posed a threat to the conspiracy, such as when Whitney Werksman threatened Bouari if he did not leave Las Vegas.

They came to Bouari's residence without any logged calls to the city of Henderson, meaning they were not legitimate police actions. On what basis would police show up at someone's residence, yet be too scared to come out of hiding?

Election manipulation.

The primary objective is to control elections at all levels by creating ghost voters,

Page **32**

Title of Pleading

suppressing opposition votes, and manipulating voter rolls. The conspiracy targets key swing states and districts where small margins can tip the balance.
Police intimidation.
Multiple unlogged visits by Henderson police to intimidate individuals. The city administrator admitted that neither Whitney Werksman nor her partner and a prior incident with police officer Trent and his partner, who was hiding behind the garage door, were official calls.
Fake mug shots and arrest records.

Fabricating identities, the group could use fake mug shots and arrest records to create the illusion of real people. These records could be tied to fabricated names, addresses, and other personal details.
To create fake identities for ghost voters
 to control elections, the group would need to create thousands of fake identities that can be used to cast fraudulent votes. Here is how they might do it.
Building a database.
By creating thousands of fake arrest records, the group could build a database of real individuals who do not exist. These identities could then be used to vote.


Exploiting government systems.


Access to DMV or Social Security records.
If the group includes corrupt officials, they might have access to government systems like the DMV or Social Security Administration to create fake identities or alter existing records. Using fake court cases.

Fake court cases could be used to legitimize these identities. For example, a fake case might include a fabricated defendant with a full name, address, and other details that could later be used to register the person to vote.

Registering ghost voters.

Once fake identities are created, the group would need to register them to vote. Here is how they might do it.

Exploiting voter registration systems.

Automated registration. In states with automatic voter registration, fake identities created through government systems could automatically be registered to vote.

Mail-in ballots.

The group could use fake identities to request mail-in ballots, which could then be filled out and submitted fraudulently.

Collusion with election officials.

Insider assistance.

Corrupt election officials could help register fake voters, approve fraudulent registrations, or overlook red flags in the registration process.

Manipulating voter rolls. The group could add fake voters to the rolls or remove legitimate voters to suppress opposition votes.

Casting fraudulent votes.

With fake identities registered, the group would need to cast votes on their behalf. Here is how they might do it.

Forging signatures.

They could forge signatures on mail-in ballots to make them appear legitimate.

In-person voting period impersonation. Individuals working with the group could impersonate fake voters at polling places, using the fabricated identities to cast votes.

Scaling the operation.

To steal elections at the presidential, senatorial, and judicial levels, the group would need to scale their operation. Here is how they might do it.

Targeting swing states or districts.

The group could focus its efforts on key swing states or districts where a small number of fraudulent votes could tip the balance in an election.

Using technology.

AI and deep fakes. Advanced technology could be used to create realistic fake identities, including photos, signatures, and even voice recordings.

Automation.

The group could use software to automate the creation of fake identities, registrations, and voting.

If Heather Haas and the group is orchestrating a large-scale election fraud operation involving corrupt officials, fake identities, and the use of platforms like Kasidie to communicate covertly, the enterprise would be highly organized, sophisticated, and designed to evade detection. Here is a detailed breakdown of how such an operation might look, focusing on key elements of the enterprise.

Private chats.



Page 3**4**

Title of Pleading

Performers or users on these sites could act as intermediaries, relaying messages between members. Then higher up members from, say Kasidie would mentor and obtain messages and fake voters from Chaturbate members. Bouari witnessed that a certain man with a small blue car would make his rounds at night to homes where the sex cam workers lived and worked. His profile is on Kasidie. He would visit the blonde woman across, at 244 Elder Avenue. Imperial Beach.

Targeting swing states.

The operation would focus on swing states, where a small number of fraudulent votes could tip the balance in an election.

Voter registration. Concentrated effort.

The group would create and register fake voters in key swing states, ensuring they have enough ghost voters to influence the outcome.

Strategic distribution.

Fake voters would be spread across multiple counties to avoid raising suspicion.

Ballot manipulation.

Mail-in ballots.

The group would request mail-in ballots for fake voters and fill them out fraudulently. In-person voting operatives could impersonate fake voters at polling places using fabricated IDs to cast votes.

In the context of an election fraud scheme, fake marriages could serve several strategic purposes for this conspiracy. These marriages would likely be part of a broader effort to create and legitimize fake identities, manipulate voter rolls, and conceal illegal activities. Here is how fake marriages might fit into the scheme.

Creating legitimate-appearing identities.

Fake marriages could be used to establish the appearance of legitimate, real-world relationships for fabricated individuals. This would help to solidify the illusion that fake identities are real people with full lives, making it harder for anyone to detect fraud.

Here is how it works.

Marriage records.

Corrupt officials could create fake marriage certificates, tying 2 fake identities together.

Address consistency.

Married couples would share an address, which could be used to register both individuals to vote in the same district.

Back story development.

Fake marriages add depth to the back story of fabricated individuals, making them seem more credible.

Expanding the pool of fake voters.

Each fake marriage creates 2 fake identities, doubling the number of potential ghost voters. This would allow the group to expand its pool of fraudulent voters.

How it works.

Bulk creation.

The group could mass-produce fake marriages, creating hundreds of thousands of new identities.

Targeted registration. These identities could be strategically registered in swing states or districts where the margin of victory is narrow.

Exploiting voter registration systems. Fake marriages could be used to exploit weaknesses in voter registration systems, particularly in states with automatic or same-day registration.

How it works.

Automatic registration. In states where marriage records trigger automatic voter registration, fake marriages could be used to add fake voters to the election rolls.

Address verification. Married couples sharing addresses could bypass certain verification steps, making it easier to register fake voters.

Concealing financial transactions. Fake marriages could also be used to launder money or conceal financial transactions related to the election fraud scheme.

<center>Conclusion.</center>

In the context of an election fraud scheme, fake marriages would serve as a powerful tool for creating and legitimizing fake identities, expanding the pool of ghost voters, and concealing illegal activities.

By leveraging corrupt officials, exploiting weaknesses in voter registration systems, and building a network of complicit individuals, Haas and this group could use fake marriages to manipulate elections on a large scale.

Media distribution.

These mug shots are released to local newspapers or online news outlets, which publish them as part of crime reports, knowing full well that they are fake, not much journalistic integrity exists at the Review Journal apparently.

Once the mugshots are publicly available, they can be used to create fake identities for ghost voters. Here is how this might work.

Once again, to create these fake documents, they would rely on DMV and voter registration.

Corrupt DMV employees use the mugshots to create fake driver's licenses or state ID's, tying them to fabricated names, addresses, and other details.

Voter registration.

These fake IDs are used to register the fabricated individuals to vote, often in swing states where the margin of victory is narrow. Exploiting public records.

<center>Page <u>36</u></center>



Title of Pleading

The mugshots and associated arrest records are added to public databases, further legitimizing the fake identities. When election officials or others check their identities, they find matching records in police and DMV databases, making the fake voters appear real.

Both fake arrests and fake court cases could be used to inflate statistics and secure funding or resources.

Heather Haas is the liaison or the conduit between the MAGA leadership and the operational teams. Heather would receive instructions or directives from the MAGA leaders.

Geographic distribution.

The use of mug shots from different locations allows the group to create fake identities that are geographically dispersed, reducing the risk of detection.
Multiple jurisdictions.
Police in different areas release fake mugshots, creating a network of fabricated identities across different regions.
No direct connection.
Because the mugshots come from different locations, there is no obvious connection between the fake identities, making it harder for investigators to detect the scheme.
This scheme also offers layered deception. The involvement of multiple corrupt officials creates layers of deception, making it harder to trace the scheme back to its source.
Scaling the operation.
The use of fake mug shots allows the group to scale their operation rapidly, creating thousands of fake identities with minimal effort.
Automation. Software tools.
The group could use software to automate the creation of fake mug shots, arrest records, and voter registration documents.

Bulk processing period by processing large numbers of fake identities at once, the group could quickly build a network of ghost voters.
Using fake mug shots to create ghost voters is a highly strategic and effective method for manipulating elections. By leveraging corrupt police smart media distribution, and public perception, the group could create a network of fake identities that appear legitimate and are difficult to detect. This approach would allow them to scale their operation, target key swing states, and conceal their activities behind layers of deception.

Title of Pleading



 Detecting and preventing such a scheme would require figures, oversight transparency, and accountability measures to protect the integrity of the electoral process, which were not present.

Heather Haas is acting as a conduit between the Maga leaders, such as Sam brown, and their broader criminal enterprise. Her role is coordinating efforts, ensuring alignment with political objectives, and maintaining secrecy. Since this conspiracy's success or failure is time sensitive, recruiting other like-minded people is of the utmost importance, and Haas's main objective.

To summarize.


Why would police intentionally release the manufactured sex crimes arrest mugshots?

Public relations and image management - with focus on "we are protecting Americans and making our cities safe, whereas Democrats are not.

Funding and resources.
Covering up misconduct.
And finally, to create ghost voters.
The connection to fake court cases.

If the police are fabricating stories about arrests, this could be part of a larger scheme involving fake court cases. Here is how the two might be connected. Creating a false narrative.

Fake arrests and fake court cases could work together to create a false narrative of crime and law enforcement effectiveness.

Title of Pleading

CAUSES OF ACTION.

First cause of action.
Police and Sheriff have and are engaged in harassment and intimidation tactics, including attempts to murder (and other similar actions) against Emile Bouari, a completely innocent victim who inadvertently uncovered a massive criminal conspiracy, and got evidence "handed to him" by the very actors committing those crimes.

Defendants engaged in criminal actions and conduct which was and is willful and unreasonable conduct. "Law enforcement" under the color of law utilized "masses of persons" to conceal their very own far-reaching RICO conspiracy, which includes wide ranged election fraud that is at the behest of and for the benefit of Maga candidates or others sympathetic with the "movement".

Second cause of action.
"Law enforcement" have trained, equipped, protected and instructed thousands of persons to "gang stalk" Bouari. Sheriffs and other low IQ persons use the term "posses", evincing the absurdities of this group. These criminal groups act under the color of law, since they are an "extension of the police". They have attempted to run Bouari off the road, they have stalked him through interstate highways, stalked him "under the cover of darkness", intentional infliction of cruel and unusual punishment, causing emotional mental and physical distress and damage.

Third cause of action.
"Deprivation of rights" Due process violations, false arrest and detainment. "Manufactured" criminal cases against Bouari. Arrest warrants issued 4 days after Bouari filed a civil RICO complaint in federal court. Actions taken by law enforcement officers, or other governmental officials within their lawful authority, but also those acting beyond their lawful activity, whilst purporting to act in an official capacity. Corrupt police have illegally and constantly hacked into Bouari's electronic devices, to monitor him, even though they, the cops are the criminals.

Fourth cause of action.
Violations of first amendment rights freedom of speech and association. Bouari was threatened by corrupt cop Whitney Werksman, a diehard Maga nut and Trump sycophant. Werksman lost half her family to the Covid virus as they bought into the absurd "vaccination conspiracies", that only the uneducated buy into. Trump stated the vaccines were bogus, then a medical doctor (a liberal democrat) from San Diego, saved his life whilst he was on his death bed, in part due to his Covid vaccination.
Violations of first amendment rights freedom of speech and association. The restraining order was placed on Bouari by corrupt police and judges, sole reason being to protect their criminality, forcing Haas to continue to violate strings of federal laws. Bouari is innocent. Haas is innocent, the Henderson police and judiciary are both guilty, and corrupt. Bouari and Haas were living together and w

Title of Pleading

were weeks away from being husband and wife.

Bouari is simply a "threat" to this criminal enterprise due to all the evidence he has gathered over the past 18 months. Evidence of a MAGA / Sheriff criminal conspiracy. Haas has attempted to extricate herself from this RICO gang, only to face a barrage of threats and intimidation.

Haas, after all holds a pivotal role in the election schemes, has knowledge of this RICO enterprise's structure, methodologies, training, high level persons involved, meeting places, conversations and therefore constitutes her own "threat" to this conspiracy.

Potential twists in the narrative.

Fortunately, the lawsuit by SMART in Rocklin county will prove all what Bouari is saying to be true and accurate. Bouari will be able to use all the evidence brought about by the "full discovery" that the judge has ordered.
Haas's election fraud schemes are highly sought after. What would stop Haas from selling these services to the highest bidder or other groups?

Haas could potentially sell the same "ghost voters" to multiple competing campaigns, such as Chad Bianco, Kamala Harris, Katie Porter, and others in the upcoming California Governor race, and many other races.

Haas could marry Bouari and support his bid for Nevada Senator or California Governor. It would add an unexpected twist to the story.
Haas should ideally withdraw from the conspiracy, testify against the key figures in this RICO organization, and aid in restoring democracy in the USA.

Bouari recently attended a Democratic party meeting and informed the audience about what he had in his possession. Bouari was offered a position on the Harris campaigns.
Bouari understands that this may cause concern among members of this criminal conspiracy.

Title of Pleading

1
2                         PRAYER FOR RELIEF
3
4    Wherefore Plaintiff respectfully prays that this court enters judgement in
     Plaintiff's favor, and against defendants as follows:
5    Compensatory damages.
     An award in amount of $6 Million for 2-year conspiracy where actors under color
6    of law attempted to run Bouari off the road, (attempted murder, murder for hire).
7    In addition to the hiring and training, of thousands of persons engaged in "posses"
     to achieve same ends.
8    An award in the amount of $3 Million for the manufacturing of criminal cases
9    against Bouari, placement of TPO's by corrupt judges and uniformed police
     officers, illegal and criminal hacking of Bouari's electronic devices over a 2-year
10   period.
     An award in the amount of $3 Million. Aggravated covering up of police and
11   other' RICO conspiracy, using "cruel and unusual" methods to silence Bouari.
12   Punitive damages in the amount of TREBLE normal damages.
     $12 Million multiplied 3-fold. Punitive damages in the amount of $36 Million.
13   TOTAL damages are $12 Million plus $36 Million.
14   Total PRAYER FOR RELIEF $48 Million.

15   Injunctive relief as follows:
16
     Count 1. A preliminary and permanent injunction ordering the city of Henderson,
17   staff, employees, including the police and judiciary to halt all communications and
18   contact with Heather Haas and vice versa.
     Count 2. A preliminary and permanent injunction for all members of the RICO
19   conspiracy to cease and desist all contact, and communication with Heather Haas
20   and vice versa.
     Count 3. Order issued for immediate deposition of:
21   Sam Brown.
22   Heather Haas.
     Ashley Haas.
23   Kate Haas.
     Carlo Cannuscio.
24   Police officer Trent and his partner.
25   Whitney Werksman and her partner.
     Count 4. Order instructing the Review journal to place 5 full page ads in its main
26   section admitting that they are part of this conspiracy.
27
28

                              Page 41



Heather Haas <u>IS</u>

Heather Cerriker

fake Case.

Hundreds of fake

"Heather" Cases on Dockets.

# Woman charged with sex crimes after trip with child to visit CNN producer





Heather Carriker (Henderson Police Department)

By **Glenn Puit** Las Vegas Review-Journal

December 14, 2021 - 3:46 pm

Don't miss the big stories. Like us on Facebook.          Like 323K

*Heather Carrier Is Heather Gay.*

A Henderson woman is at the center of a federal criminal case filed against a CNN producer accused of attempting to lure children online, police and court records show.

On Friday, the U.S. attorney's office of Vermont said CNN producer John Griffin, 44, of Stamford, Connecticut, was indicted by a federal grand jury on three counts of using a facility of interstate commerce to attempt to entice minors. CNN said Griffin has worked for the network for nearly eight years.

9:28 ➤



≡ Daily **Mail**    MORE STORIES    🔍

# Pedophile ex-CNN producer is jailed for 19 years after he got Nevada mom to fly daughter, 9, to his home in Vermont so he could molest her

By Joe Hutchison For Dailymail.Com
14:28 21 Jun 2023, updated 15:26 21 Jun 2023



VICTIM'S MOM

Share or comment on this article:



**0**
shares

💬 0 comments

- **John Griffin paid over $3,000 to Heather**

AA    🔒 dailymail.co.uk    ↻

<    ⬆    📖

6:37 🔕                    .ıl 5G 🔋

# CourtVIEW



≡

## 20PCH001293-0000 STATE OF NEVADA VS CARRIKER, HEATHER CRIMINAL COMPLAINT FILED

| | |
|---|---|
| **Case Type:** | PROBABLE CAUSE HND |
| **Case Status:** | CRIMINAL COMPLAINT FILED |
| **File Date:** | 08/24/2020 |
| **DCM Track:** | |
| **Action:** | |
| LEWDNESS W/CHILD UNDER AGE 14, 1ST | |
| **Status Date:** | 08/24/2020 |
| **Case Judge:** | |
| **Next Event:** | |

*(handwritten)* Case closed without Disposition.

## All Information                              ≡

### Party Information

CARRIKER, HEATHER - DEFENDANT CR/TR

Disposition

Disp Date

Scope ID           5332983
Number

Alias
AKA KATZ, HEATHER

AA 🔒 ss.clarkcountynv.gov ↻

<     ⬆     📖     🗐

# Search Results

## Name Search ⌄

Showing 1 to 12 of 12
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 04MCS001496 | TRAFFIC OR MISDEMEANOR CITATION SLT | 12 02 2004 | NO SEATBELTS | PEARSON, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 04MCM000313 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02 26 2004 | SPEEDING 1-10VPH OVER THE POSTED SPEED LIMIT | PECTOL HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 04MCM000314 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02 26 2004 | FOLLOW TOO CLOSELY | PECTOL HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 92MC000368 | TRAFFIC OR MISDEMEANOR CITATION MVL | 06 01 1992 | SPEEDING 1-10VPH OVER THE POSTED SPEED LIMIT | PITMAN HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 09MCM001475 | TRAFFIC OR MISDEMEANOR CITATION MOA | 05 20 2009 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PORRITT, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 04MCM003502 | TRAFFIC OR MISDEMEANOR CITATION MOA | 11 18 2004 | SPEEDING 1-10VPH OVER THE POSTED SPEED LIMIT | POTTS HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 07MCG006696 | TRAFFIC OR MISDEMEANOR CITATION GSP | 05 28 2007 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PRATT HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 98MC006590 | TRAFFIC OR MISDEMEANOR CITATION LAL | 06 12 1998 | RESIDENT TO OBTAIN DL WTHIN 30 DAYS | PRICE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 99MC002325 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 10 01 1999 | FAILURE YLD FROM STOP OR YLD CNTRLD INTERSECT | PRICE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 21LVTC035884 | GARNISHMENT LVTC | 11 24 2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC000559 | GARNISHMENT NLTC | 02 08 2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC004567 | GARNISHMENT NLTC | 09 02 2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |

# Search Results

## Name Search⌄

Showing 1 to 24 of 24
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 23CCH001307 | CIVIL CITATION HND | 08/28/2023 | CV-BASIC SPEED - 1-10 MPH OVER POSTED LIMIT | SAINZ, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 23CCL000277 | CIVIL CITATION LAJ | 02/15/2023 | CV-BASIC SPEED - 11-20 MPH OVER POSTED LIMIT | SAMPSON, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19MCL006436 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 09/20/2019 | TRESPASS | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19MCL006706 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 09/26/2019 | RESTRICTIONS-ACCESS HIGHWAY | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19MCL006817 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 09/29/2019 | TRESPASS | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19MCL007915 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 10/19/2019 | TRESPASS | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19PCL000633-0000 | PROBABLE CAUSE LAJ | 12/30/2019 | TRESPASS, NOT AMOUNTING TO BURGLARY | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 20CRL000070-0000 | CRIMINAL COMPLAINT LAJ | 02/28/2020 | TRESPASS, NOT AMOUNTING TO BURGLARY | SCOBIE, HEATHER MARIE | DEFENDANT CRTR | WARRANT | |
| 03CRL000768-0000 | CRIMINAL COMPLAINT LAJ | 07/18/2003 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CRTR | ARREST WARRANT | |
| 03PCL003784-0000 | PROBABLE CAUSE LAJ | 07/18/2003 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 04CRL000283-0000 | CRIMINAL COMPLAINT LAJ | 03/11/2004 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CRTR | ARREST WARRANT | |
| 04PCL000271-0000 | PROBABLE CAUSE LAJ | 02/25/2004 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 13MCM001263 | TRAFFIC OR MISDEMEANOR CITATION VOA | 09/30/2013 | EXPIRED LICENSE PLATE | SIERACKI, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19MCG008313 | TRAFFIC OR MISDEMEANOR CITATION GSP | 10/11/2019 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | SINGER, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 00MCG007759 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/28/2000 | SPEEDING 16-20MPH O/R PSTED SPD LIMIT NON CML | SOMBERG, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 00MCG007762 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/28/2000 | RESIDENT TO OBTAIN DL WITH N 30 DAYS | SOMBERG, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 00MCG013451 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/28/2000 | SPEEDING 1-10 MPH O/R PSTED SPD LIM | SORNEBY, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 00MCG017714 | TRAFFIC OR MISDEMEANOR CITATION GSP | 11/24/2000 | SPEEDING 21MPH OR > OVER POSTED SPEED NON CML | STADLER, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 00MCG017715 | TRAFFIC OR MISDEMEANOR CITATION GSP | 11/24/2000 | INSURANCE REQUIRED | STADLER, HEATHER MARIE | DEFENDANT CRTR | CLOSED | |
| 19CRN000263-0000 | CRIMINAL COMPLAINT NLV | 09/06/2019 | CONSPIRACY TO COMMIT A CRIME | STEWART, HEATHER MARIE | DEFENDANT CRTR | WARRANT | |
| 13MCG001491 | TRAFFIC OR | 03/11/2013 | UNSAFE LANE | STIFFE | DEFENDANT | CLOSED | |

7 29 24  12 10 PM                     Search Results - Clark County Justice Court Case Search

# Search Results

## Name Search⌄

Showing 1 to 12 of 12
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 04MCS001496 | TRAFFIC OR MISDEMEANOR CITATION SLT | 12 02/2004 | NO SEATBELTS | PEARSON HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 04MCM500313 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02 28 2004 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | PECTOL HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 04MCM100314 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02 28 2004 | FOLLOW TOO CLOSELY | PECTOL HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 92MCM000368 | TRAFFIC OR MISDEMEANOR CITATION MVL | 06 20 1992 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | PITMAN HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 09MCM001375 | TRAFFIC OR MISDEMEANOR CITATION MOA | 05 20 2009 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PORRITT HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 04MCM003502 | TRAFFIC OR MISDEMEANOR CITATION MOA | 11 13 2004 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | POTTS HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 07MCG006696 | TRAFFIC OR MISDEMEANOR CITATION GSP | 05 28 2007 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PRATT HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 98MCL006590 | TRAFFIC OR MISDEMEANOR CITATION LAU | 06 12 1998 | RESIDENT TO OBTAIN DL WITH'N 30 DAYS | PRICE HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 99MCL002325 | TRAFFIC OR MISDEMEANOR CITATION LAU | 10 01 1999 | FAILURE YLD FROM STOP OR YLD CNTRLD INTERSECT | PRICE HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 21LVTC035984 | GARNISHMENT LVTC | 11 24 2021 | GARNISHMENTS | PRINGLES HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC000559 | GARNISHMENT NLTC | 02 08 2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC004567 | GARNISHMENT NLTC | 09 02 2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |

## Search Results

## Name Search⌄

Showing 1 to 16 of 16
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 13LATC000348 | SERVICE OF PROCESS LATC | 05/30/2013 | SERVICE OF PROCESS | MAGGARD HEATHER MARIE | PLAINTIFF | CLOSED | |
| 13LATC000627 | SERVICE OF PROCESS LATC | 09/16/2013 | SERVICE OF PROCESS | MAGGARD, HEATHER MARIE | PLAINTIFF | CLOSED | |
| 99MCH000572 | TRAFFIC OR MISDEMEANOR CITATION HND | 01/28/1999 | CONTEMPT OF COURT | MARTINDALE HEATHER MARIE | DEFENDANT OR TP | CLOSED | |
| 24PCL000225-0000 | PROBABLE CAUSE LAJ | 12/27/2024 | DOMESTIC BATTERY 1ST | MASON, HEATHER MARIE | DEFENDANT OR TP | CLOSED | |
| 02MCS001199 | TRAFFIC OR MISDEMEANOR CITATION SLT | 05/06/2002 | NO PASSING ZONE | MASSEY HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 05CRH000572-0000 | CRIMINAL COMPLAINT HND | 05/11/2005 | BURGLARY WITH INTENT TO COMMIT FELONY | MASSEY, HEATHER MARIE | DEFENDANT CR TR | CLOSED | TNA |
| 05MCL001114 | TRAFFIC OR MISDEMEANOR CITATION LAJ | 07/27/2005 | SPEEDING 16-20MPH OVR PSTED SPD LIMIT NON CMV | MASSEY HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 06MCS002263 | TRAFFIC OR MISDEMEANOR CITATION SLT | 05/22/2006 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | MASSEY HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 03MCN000761 | TRAFFIC OR MISDEMEANOR CITATION NLV | 06/19/2003 | SPEEDING SCHOOL ZONE 16MPH OR > OVR SPD LIMIT | MASSEY, HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 21CH001389 | CIVIL HND | 04/15/2021 | CIVIL 2500 OR LESS/$74 FILING FEE | MCCRAY HEATHER MARIE | DEFENDANT | CLOSED | |
| 21LVTC032743 | GARNISHMENT LVTC | 10/27/2021 | GARNISHMENTS | MCCRAY HEATHER MARIE | DEFENDANT | CLOSED | |
| 22LATC004104 | GARNISHMENTS LATC | 08/25/2022 | GARNISHMENTS | MCCRAY HEATHER MARIE | DEFENDANT | CLOSED | |
| 22LVTC003485 | GARNISHMENT LVTC | 03/09/2022 | GARNISHMENTS | MCCRAY HEATHER MARIE | DEFENDANT | CLOSED | |
| 15MCG008600 | TRAFFIC OR MISDEMEANOR CITATION GSP | 06/18/2015 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | MCELHANEY HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 96MCG003327 | TRAFFIC OR MISDEMEANOR CITATION GSP | 09/02/1996 | SPEEDING 16-20MPH OVR PSTED SPD LIMIT NON CMV | MONAHAN, HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 22MCR002679 | TRAFFIC OR MISDEMEANOR CITATION SUN | 06/06/2022 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | MONGIE, HEATHER MARIE,PEAU | DEFENDANT CR TR | CLOSED | |

7/26/24 12:00 PM                    Search Results - Clark County Justice Court Case Search

# Search Results

## Name Search⌄

Showing 1 to 17 of 17
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 13CH003442 | CIVIL HND | 08 13 2013 | CIVIL 2500 OR LESS \$71 FILING FEE | BAGLEY, HEATHER MARIE | DEFENDANT | CLOSED | |
| 02CR-001074-2000 | CRIMINAL COMPLAINT HND | 06 14 2002 | THEFT MISD | BARKER HEATHER MARIE | DEFENDANT CR TR | CLOSED | TNA |
| 23LATC005999 | GARNISHMENTS ATC | 11 28 2023 | GARNISHMENTS | BARTELLO HEATHER MARIE | DEFENDANT | OPEN | |
| 17MCS001882 | TRAFFIC OR MISDEMEANOR CITATION SLT | 10 25 2017 | SPEEDING 11-20 MPH OVER POSTED SPD LMT | BATES, HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 14MCG005204 | TRAFFIC OR MISDEMEANOR CITATION GSP | 06 04 2014 | SPEEDING 1-10 MPH OVR PSTED SPD LIMT | BAUGHMAN HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 23LVTC045176 | GARNISHMENT LVTC | 11 13 2023 | GARNISHMENTS | BAUTISTA, HEATHER MARIE | DEFENDANT | CLOSED | |
| 24LVTC020083 | GARNISHMENT LVTC | 05 29 2024 | GARNISHMENTS | BAUTISTA HEATHER MARIE | DEFENDANT | OPEN | |
| 05LVTC017448 | GARNISHMENT LVTC | 04 07 2005 | GARNISHMENTS | BEAM, HEATHER MARIE | DEFENDANT | CLOSED | |
| 05LVTC045362 | GARNISHMENT LVTC | 09 01 2005 | GARNISHMENTS | BEAM, HEATHER MARIE | DEFENDANT | CLOSED | |
| 06MCM001827 | TRAFFIC OR MISDEMEANOR CITATION VOA | 07 31 2006 | RECKLESS DRIVING | BEEKLY HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 11ENJ00783 | LANDLORD TENANT NLV | 04 13 2011 | EVICTION LNDLRD \$49 FILING FEE | BEEMAN HEATHER MARIE | LANDLORD | CLOSED | |
| 19HNTC007817 | SERVICE OF PROCESS HNTC | 07 26 2019 | SERVICE OF PROCESS | BENSON, HEATHER MARIE | DEFENDANT | CLOSED | |
| 00MCM005207 | TRAFFIC OR MISDEMEANOR CITATION VOA | 12 27 2000 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | BERNDT, HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 21MCB001286 | TRAFFIC OR MISDEMEANOR CITATION BCC | 06 07 2021 | SPEEDING 1-10 MPH OVR PSTED SPD LMT | BITTING HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 01MCS014284 | TRAFFIC OR MISDEMEANOR CITATION SLT | 11 20 2001 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | BOSCH HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 08MC011881 | TRAFFIC OR MISDEMEANOR CITATION LAC | 10 09 2008 | SPEEDING 21MPH OR > OVER POSTED SPEED NON CMT | BONES HEATHER MARIE | DEFENDANT CR TR | CLOSED | |
| 01CR-003012-2002 | CRIMINAL COMPLAINT HND | 03 13 2001 | BURGLARY | BURNS HEATHER MARIE | DEFENDANT CR TR | CSED | TNA |

7/29/24, 12:10 PM                    Search Results - Clark County Justice Court Case Search

## Search Results

Name Search⌄

Showing 1 to 12 of 12
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 04MCS001496 | TRAFFIC OR MISDEMEANOR CITATION SLT | 12/02/2004 | NO SEATBELTS | PEARSON, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 04MCM000313 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02/28/2004 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | PECTOL, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 04MCM000314 | TRAFFIC OR MISDEMEANOR CITATION MOA | 02/28/2004 | FOLLOW TOO CLOSELY | PECTOL, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 92MCV000368 | TRAFFIC OR MISDEMEANOR CITATION MVL | 06/20/1992 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | PITMAN, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 09MCM001375 | TRAFFIC OR MISDEMEANOR CITATION MOA | 05/20/2009 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PORRITT, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 04MCM003502 | TRAFFIC OR MISDEMEANOR CITATION MOA | 11/13/2004 | SPEEDING 1-10MPH OVER THE POSTED SPEED LIMIT | POTTS, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 07MCG006696 | TRAFFIC OR MISDEMEANOR CITATION GSP | 05/28/2007 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | PRATT, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 98MCL006590 | TRAFFIC OR MISDEMEANOR CITATION LAU | 06/12/1998 | RESIDENT TO OBTAIN DL WITHIN 30 DAYS | PRICE, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 99MCL002325 | TRAFFIC OR MISDEMEANOR CITATION LAU | 10/01/1999 | FAILURE YLD FROM STOP OR YLD CNTRLD INTERSECT | PRICE, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 21LVTC035984 | GARNISHMENT LVTC | 11/24/2021 | GARNISHMENTS | PRINGLES HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC003559 | GARNISHMENT NLTC | 02/08/2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |
| 21NLTC004567 | GARNISHMENT NLTC | 09/02/2021 | GARNISHMENTS | PRINGLES-HICKS HEATHER MARIE | DEFENDANT | CLOSED | |

There Are 6000 "Heather" cases on Henderson Justice Courts Docket.

7/29/24 12 12 PM                    Search Results - Clark County Justice Court Case Search

# Search Results

## Name Search⌄

Showing 1 to 24 of 24
<< < 1 > >>

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Party Type | Case Status | Affiliation |
|---|---|---|---|---|---|---|---|
| 23CCH001307 | CIVIL CITATION HND | 08/28/2023 | CV-BASIC SPEED - 1-10 MPH OVER POSTED LIMIT | SAINZ, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 23CCL000277 | CIVIL CITATION LAU | 02/15/2020 | CV-BASIC SPEED - 11-20 MPH OVER POSTED LIMIT | SAMPSON, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19MCL006436 | TRAFFIC OR MISDEMEANOR CITATION LAU | 08/20/2019 | TRESPASS | SCOBIE HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19MC_006706 | TRAFFIC OR MISDEMEANOR CITATION LAU | 08/26/2019 | RESTRICTIONS-ACCESS HIGHWAY | SCOBIE HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19MC_006817 | TRAFFIC OR MISDEMEANOR CITATION LAU | 08/29/2019 | TRESPASS | SCOBIE HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19MCL007915 | TRAFFIC OR MISDEMEANOR CITATION LAU | 10/19/2019 | TRESPASS | SCOBIE HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19PCL000633-0000 | PROBABLE CAUSE LAU | 12/30/2019 | TRESPASS, NOT AMOUNTING TO BURGLARY | SCOBIE, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 20CRL000079-0000 | CRIMINAL COMPLAINT LAU | 02/28/2020 | TRESPASS, NOT AMOUNTING TO BURGLARY | SCOBIE HEATHER MARIE | DEFENDANT CR/TR | WARRANT | |
| 03CRL000768-0000 | CRIMINAL COMPLAINT LAU | 07/18/2003 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CR/TR | ARREST WARRANT | |
| 03PCL000784-0000 | PROBABLE CAUSE LAU | 07/08/2003 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 04CRL000283-0000 | CRIMINAL COMPLAINT LAU | 03/11/2004 | THEFT (FELONY) | SHANK HEATHER MARIE | DEFENDANT CR/TR | ARREST WARRANT | |
| 04PCL000271-0000 | PROBABLE CAUSE LAU | 02/25/2004 | THEFT (FELONY) | SHANK, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 13MCM001263 | TRAFFIC OR MISDEMEANOR CITATION MOA | 09/30/2013 | EXPIRED LICENSE PLATE | SIERACKI HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 19MCG008313 | TRAFFIC OR MISDEMEANOR CITATION GSP | 10/11/2019 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | SINGER, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 00MCG007759 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/08/2000 | SPEEDING 16-20MPH OVR PSTED SPD LIMIT/NON CMV | SOMBERG, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 00MCG007760 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/08/2000 | RESIDENT TO OBTAIN DL WITHIN 30 DAYS | SOMBERG, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 01MCG013451 | TRAFFIC OR MISDEMEANOR CITATION GSP | 12/08/2001 | SPEEDING 1-10 MPH OVR PSTED SPD LIMIT | SORNESY HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 01MCG007704 | TRAFFIC OR MISDEMEANOR CITATION GSP | 11/24/2001 | SPEEDING 21MPH OR > OVER POSTED SPEED NON CMV | STADLER, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 01MCG007705 | TRAFFIC OR MISDEMEANOR CITATION GSP | 11/24/2001 | INSURANCE REQUIRED | STADLER, HEATHER MARIE | DEFENDANT CR/TR | CLOSED | |
| 09CRN002531-0000 | CRIMINAL COMPLAINT NLV | 06/26/2009 | CONSPIRACY TO COMMIT A CRIME | STEWART HEATHER MARIE | DEFENDANT CR/TR | WARRANT | |
| 95MCG018S1 | TRAFFIC OR | 04/10/1995 | UNSAFE TURNING | STIEFEL | DEFENDANT | CLOSED | |

IMG_1868.PNG



PNG 8626 PNG

**12:30** 🔕

‖ 5G 🔋

< 

Home
Wednesday 9:05 PM

Edit ⊙

⬜ HDR

Michael
SWIFT



MICHELLE FIORE APPEARS IN COUR'

   

9/29/24 1 04 PV                          IVG_6685 PNG

**12:41** 🔕                    .ıll 5G 🔋

**IMG_6627.PNG** ⌄    **Done**

HDR

Heather
Haus

Michelle
Fiore.

MAJA Leader

Heater is
the SO
Between
— MAJA



people to Create false
ID's ——>








Thousands of fake Arrests

purpose is to Defraud

The Public into Trusting

The Sheriffs Are

Protecting Citizens And

"Making America Great

Agan". SAFE Cities etc.

All Fake / Manufactured
3                           Cases

Myshot.



2:05 🔕                          ▪️◗ 5Gᵂ ▬



# Nearly 350 arrests made during human trafficking, sex crimes operation in Phoenix area

**By** Brent Corrado | **Published** February 20, 2023
| FOX 10 Phoenix



Nearly 350 arrests made during
human trafficking, sex crimes
operation in Phoenix area

**Nearly 350 arrests made during human trafficking, sex crimes operation in Phoenix area**

**PHOENIX** - As people from all over the country traveled to **Arizona** for the **Super Bowl** and the

AA        🔒 fox29.com        ↻

8:23

newsnationnow.com



NewsNation

In-Person Tax Preparation
Liberty Tax

# Phoenix police arrest 47 in undercover prostitution sting

Molly Jirasek                              3 years ago



PHOENIX, Ariz. (<u>NewsNation Now</u>) — The Phoenix Police Department arrested 47 men after an undercover sting operation to crack down on

AA        🔒 google.com        ⟳

**8:23**  ..ıl ▭

News    Images    Videos    Shopping

ᴜᵣᵣᵉˢᵗˢ ᴜᵣ ⱼᴜᵢᵢᵢˢ ᴜᵣᵢ ˢᵉᵘᵗᵗᵢᵉ ˢ...

Jul 5, 2023 — Gee, Ursula
disagree on recent arrests of
johns on Seattle's Aurora
Avenue. Jul 5, 2023, 2:03 PM
| Updated: 2:28 pm.
prostitution...



🏴 1170 KPUG-AM |                    ⋮
https://kpug1170.com › news › 007...

## Seattle Police arrest over 100 men in prostitution sting

A similar operation last year
yielded 204 arrests. Among
those taken into custody ...
prostitution, Seattle, sex
offenders, sting, Washington.
Story © 2017 ...



## People also search for                    ⋮

🔍  Seattle prostitution sting 2023

7:40





**FOX 11**
**LOS ANGELES**

# 500+ arrests made in one week as part of California anti-human trafficking operation

By CNS Staff | Published 1 day ago | City News Service



**Hundreds arrested in human trafficking sting**

More than 500 people were arrested and 11 children were rescued as part of a human statewide human trafficking sting in California, Los Angeles County Sheriff Robert Luna announced.

More than 500 arrests were made in a week-long,

  

AA    🔒 foxla.com    ↻

**8:21** 🔕

 **Yahoo News**
0:24

⋮    ✕



NEWS NOW INVESTIGATORS
ARRESTED IN CHILD SEX PREDATOR STING
...UDES FORMER LAS VEGAS PROSECUTOR, TANNER CASTRO
LIVE. LOCAL. NOW.

*CinTLon* (handwritten)

## Las Vegas police say 17 arrested in undercover...

**Watch >**

Uploaded: Oct 19, 2023

The Las Vegas Metropolitan Polic... **More ⌄**

Images may be subject to copyright. **Learn More**

📤 Share          🔖 Save



📷 8 News NOW

14 arrested in und...



▷ Video

📰 Las Vegas Review-...

A A    🔒 Q Las Vegas Prostitu    🎤



2:16 🔕                          📶 📶 🔋


*LERNER ROWE* IN A WRECK? NEED A CHECK?

# Guns, illegal drugs and VIN-switched cars: LVMPD arrests 28 suspects linked to auto theft ring



From left to right, top row: Javier Zepeda Castillo, Rember Estrada, Edgar Jaramillo, Luis Cervantes, Amanda Mendez, Brandon Ochoa. Row two: Alexis Comparan Alvaraz, Ladana McPhearson, Don Park, Marvin Rosa, Caterin Ticas, Paolo Zambrano. Bottom row: Hugo Ramirez, Genesis Resendez, Kenny Madrid, Brian Cardona, Alex Rosales and Elmer Hernandez. (LVMPD)

By Ashley Casper

*Updated: Jun. 21, 2021 at 2:21 PM PDT*

AA          🔒 google.com          ↻

e arrested were. Michael Hudson,

t Yates, 69; James Taper, 44; Curti

nes, 61; Cristian Serrano, 25; Bran

son, 36; Hollie Martin, 62; Eldridg

tley, 53.

REAL NAME
DOUG TORRANCE



)

da agencies said 8 sex offenders were arreste
to obey sex offender registration laws after a
iance check in early November.

icipating agencies included the

PD and its Sex Offender

SAME    COP

three SEPARATE MyshoB

three SEPARATE "CASES"

Involving    "SEX CRIME"



6:55

‹ Sent                                ∧    ∨



From: **Wd Solo** ›
To: Nicolas.vaskov@...
marc.schifalacqua@...
sandra.digiacomo@c...
elizabeth.anderlik@c...
john.cory@cityofhen...
dennis.lay@cityofhe...
adam.osman@cityof...
stephen.nini@cityofh...
Today at 6:53 PM

# Thousands of fake arrests

*Muschow Prosecutors All part of this Criminal (conspiracy).*

And hundreds of them are cops
And retired cops
I have lists and names and
Records
And dozens of completely
Made up cases
And civilians are being coerced
to do so at the behest and for the

MONEY LAUNDERING

IN A CRIMINAL ENTERPRISE.

---

CARLO CANSIO

SUSAN FENECK (+)

SHAUNA BRENNAN

---

BABORAW REAL ESTATE.

8:21



Al Solito Posto Las Vegas

 3



facebook.com



Money
Laundering

website uses cookies to ensure you get the best
erience on our website. By continuing to browse the site



**8:00** 

To facilitate collaboration with priority jurisdictions, we also have several team members based throughout the US to enable cooperation with priority jurisdictions.

*Yes!*

## ABOUT US



**11:03**                     .ıli 5G 



2 People >

Text Message
Today 11:03 AM

Good Morning
This is the 5th time
I am asking for
The
"Contributions and
expense" reports
For Juvenile Justice
Impact
Which you susan are the
leader.

What is your issue
Legal issue in doing as
you're mandated by law,
After all is is a charity
Isn't it?
E



Done



# Susan Feneck and Shauna Brennan

### Change Name and Photo


call


video


mail

**2 People**
Susan Feneck, Shaun...        

**Shauna Brennan**        >

**Susan Feneck**        >

**+    Add Contact**

Show in Shared with You        



## 2023
### DONATION SUMMARY

# $983,363

$423,420  Individual Gifts

$403,168  Foundations + Grants

$152,592  Corporate Giving

$11,181  Misc Fundraisers

## 2023
### TOTAL EXPENSES

The Cupcake Girls is proud to dedicate so much of our funding to direct program participant care.

**78%** $1,019,018.50 PROGRAMS

This includes direct care program expenses including financial grants, outreach materials and counseling; payroll expenditures for program staff who oversee Advocacy and Resource Referral; rent and in program expenses for programming to have plans and staff and volunteer training.

**14%** $181,853.04 OPERATIONS & ADMINISTRATION

This includes general overhead expenses including bank fees; insurance, accounting and bookkeeping; and payroll for general administration and oversight.

**8%** $108,941.77 FUNDRAISING

This includes fundraising fees; fundraising software; fundraising materials and advertisements; payroll for time spent fundraising; and special events.

5:51 🔕

# Dr Susan Feneck Official

drsusanfeneck_official · Instagram

**View profile**

Susan - you're obviously aware of all
the fake arrests - human trafficking -
ones . All manufactured - you're part of
a criminal conspiracy. I'll be filing a
complaint (lawsuit) in federal court
against several entities and naming a
lot of people in their individual

Se

AA      🔒 instagram.com      ↻

5:51 🔕

# Dr Susan Feneck Official

drsusanfeneck_official · Instagram

**View profile**

enterprise. The Feds don't play. After I
file  the lawsuit in District court and
serve you . I will hand over all the
evidence to the FBI with whom I'm
already talking to - your police and
judge friends already know all this.
Once this becomes public - which it

🔒 instagram.com

5:51



# Dr Susan Feneck Official

drsusanfeneck_official · Instagram

**View profile**

evidence to the FBI with whom I'm
already talking to - your police and
judge friends already know all this.
Once this becomes public - which it
will I promise you - you'll be exposed
and opened up to more lawsuits and
Indictments.

 instagram.com

# 2023
# TOTAL EXPENSES

The Cupcake Girls is proud to dedicate so much of our funding to direct program participant care.

## 78%

**$1,019,018.50**
**PROGRAMS**

This includes direct care program expenses including financial grants, outreach materials, and counseling; payroll expenditures for program staff who oversee Advocacy and Resource Referrals; rent and occupancy expenses for programming to take place; and staff and volunteer training.

## 14%

**$181,853.04**
**OPERATIONS &**
**ADMINISTRATION**

This includes general overhead expenses including bank fees; insurance; accounting and bookkeeping; and payroll for general administration and oversight.

## 8%

**$108,941.77**
**FUNDRAISING**

This includes fundraising fees; fundraising software; fundraising materials and advertisements; payroll for staff time spent fundraising; and special events.

THECUPCAKEGIRLS.ORG



https://maps.clarkcountynv.gov/assessor/AssessorParcelDetail/parcel.aspx?hdnParcel=138183...

Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Maintenance View |

INFORMATION

138-18-314-036

AND MAILING ADDRESS:
BARNES RANDALL 50
SIMMS HEATHER 50
4214 PINEHURST CT # A
JEFFERSON CITY
MO 65109

N ADDRESS
2605 HIGH RANGE DR

CORPORATED TOWN
LAS VEGAS

DESCRIPTION
SUN CITY LAS VEGAS-UNIT #35
PLAT BOOK 52 PAGE 80
LOT 176 BLOCK 5

DED DOCUMENT NO.
* 20241017:00406

DED DATE
OCT 17 2024

NG
NS-NS

MENTS



Briana Johnson, Asses

| Aerial Map | Aerial View | Building Sketch | Owner's parcels |

138-18-213-012

BARNES RANDALL
SIMMS HEATHER
4214 A PINEHURST CT
JEFFERSON CITY
MO 65109

2740 HIGH RANGE DR
LAS VEGAS

SUN CITY LAS VEGAS-UNIT #34
PLAT BOOK 52 PAGE 44
LOT 172 BLOCK 7

20241113:00667
NOV 13,2024
JT



Welcome to Clark County, NV    ET AL Information for Parcel 138...

https://maps.clarkcountynv.gov/assessor/AssessorParcelDetail/ETALInformation.aspx?cparcel=13818113079&hparcel=13818113079&t=0

# Briana Johnson, Assessor

## PARCEL OWNERSHIP - CURRENT ET AL DETAIL

| CE NO. | CURRENT OWNER | Recorded Document No. | Recorded Date | Vesting |
|---|---|---|---|---|
| 09 | BARNES RANDALL ETAL SIMMS HEATHER | 20241220:01225 | 12/20/2024 | |

| | Owners Name | | | Own |
|---|---|---|---|---|
| | BARNES RANDALL ETAL | | | |
| | SIMMS HEATHER | | | |
| | ANDERSEN CHARLOTTE | | | |

NOTE: THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DEL

Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)



Briana Jon___ o___

138-18-113-079
BARNES RANDALL ETAL
SIMMS HEATHER
4214 A PINEHURST DR
JEFFERSON CITY
MO 65109

3021 ISAAC RIVER DR
LAS VEGAS
SUN CITY LAS VEGAS UNIT #32
PLAT BOOK 51 PAGE 50
LOT 145 BLOCK 7

20241220:01225
DEC 20 2024
JT



Briana Johnson, Assessor

| Aerial View | Building Sketch | Ownership History |

137-24-512-055

BARNES RANDALL
SIMMS HEATHER
4214 PINEHURST CT # A
JEFFERSON CITY
MO 65109

10309 MARYMONT PL
LAS VEGAS

SUN CITY LAS VEGAS VILLAGE 10-UNIT #48
PLAT BOOK 64 PAGE 91
LOT 315 BLOCK 9

20240719:01108
0 19 2024



Certified

 Joel 

10:30    .ıll LTE







 

AA ◼ **kasidie.com** ↻ ⬆ ✛ ⬎



*Certified*

# RockstarsXXX

69 yrs 👤 69 yrs 👤
7 Validations
260 mi/ 418 km from yc
*Online Now!*

## Where

📍 **Las Vegas, NV**

## Who's Traveling

Couple

## When

📅 Sep 4, 2024 – Sep 6, 2024

ELON
MUSK

Mr RS heading to Vegas. ←



AP The Associated Press

+ Follow · 1h

# Riverside County sheriff becomes the first major Republican to say he'll run for California governor

81   7

https://www.msn.com/en-us/news/politics/riverside-county-sheriff-becomes-the-first-major-republican-to-say-he-il...

Q Search

**10:07** 🔕      .ıl 5G 🔋

# CourtVIEW 

☰

## 23CCH000495 BRENNAN, SHAUNA SUZANNE

| | |
|---|---|
| Case Type: | CIVIL CITATION HND |
| Case Status: | CLOSED |
| File Date: | 03/28/2023 |
| DCM Track: | |
| Action: | |

CV-DRIVE IN RESTRICTED ACCESS AREA

| | |
|---|---|
| Status Date: | 03/28/2023 |
| Case Judge: | |
| Next Event: | |

All Information      ☰

**Party Information**

BRENNAN, SHAUNA SUZANNE - DEFENDANT CR/TR

Disposition
Disp Date
Scope ID
Number

Alias

Party Attorney

AA 🔒 ss.clarkcountynv.gov ⟳

SHAUNA BRENNAN is the IN-HOUSE ATTORNEY for JJI

**10:10** 🔕    📶 5G 🔋

# CourtVIEW 

 ≡

## Search Results    ◀◀ back to search

## Name Search    ⌄⌄

Showing 1 to 5 of 5    << < *1* > >>

| Case Type | File Date | Initiating Action | Party/Compan |
|---|---|---|---|
| CRIMINAL COMPLAINT IND | 12/27/2017 | OBTAIN MONEY, PROPERTY, RENT OR LABOR BY FALSE PRETENSE, $650+ | FABREGA, SHAUNA MARIE |
| CIVIL HND | 08/25/2008 | CIVIL UNLFL DTNR PROPERTY/$46 FILING | FOGLE, SHAUNA M |
| TRAFFIC OR MISDEMEANOR CITATION GSP | 09/15/2012 | UNSAFE TURNING MOVEMENT | FOGLE, SHAUNA MARIE |
| CRIMINAL COMPLAINT GSP | 03/05/2014 | UNSAFE TURN WITHOUT APPROPRIATE SIGNAL | FOGLE, SHAUNA MARIE |

A A 🔒 ss.clarkcountynv.gov ↻

Babe – I can't be without you
I love you like no other
I don't know what to do
Do about us

I feel paralyzed
It's driving me crazy
Please don't ever
abandon me Emile
Never ever babe!

**Heather**
Why are you in this grou
What are they making
you do
Why are you always so
stressed and anxious
I KNOW it's because of
this crap
There's too much going
on

+          iMessage



This is what a real queen looks like when I see u u shall bow before me swoop me over that shoulder n carry me about

Rachel Meyers
A Director OT
J J I.

_____

STUPID And Uneducated
And Hideous.

**∧XIOS**

# Nevada attorney general charges 6 fake electors in 2020 scheme

 Sareen Habeshian

f    𝕏    in    ✉



Aaron D. Ford on Oct. 22, 2019 in Las Vegas, Nevada. Photo: Ethan Miller/Getty Images

Six people were indicted by a Nevada grand jury Wednesday for pretending to be presidential electors in an alleged scheme to overturn the 2020 election, the state's attorney general announced

**Driving the news:** The felony charges include offering a



## Contact Photo & Poster

phone

+1 (702) 812-9135

FaceTime

Notes