Generated: Aug 21, 2025 2:21PM                                                                                                          Page 1/1

# U.S. District Court

**Nevada None - Las Vegas**

Emile Bouari                                                                                                        Receipt Date: Aug 21, 2025 2:21PM

| Rcpt. No: 200015817 | Trans. Date: Aug 21, 2025 2:21PM | | | Cashier ID: #MAMn (6454) |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 2:25-cv-01567-RFB-MDC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG 21 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY