EMILE BOUARI

2334 THAYER AVE HENDERSON

(619) 650,2388

Plaintiff, Pro Se



UNITED STATES DISTRICT COURT

~~SOUTHERN DISTRICT OF CALIFORNIA~~

DISTRICT OF NEVADA.

| | |
|---|---|
| EMILE BOUARI | Case No.: 2:25-cv-01567-RFB-MDC |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | **DEMAND OF JURY TRIAL** |
| SIGAL CHATTAH | |
| Defendant. | |

Comes now Bouari files this first amended complaint for purpose of adding defendants to this lawsuit, expose a MAGA criminal enterprise and for compensatory monetary damages. Bouari is adding defendants to this lawsuit based on 3 separate groups. The first group consists of Democratic leaders who Bouari wishes to expose TO and share evidence of this MAGA criminal conspiracy which is involved in major election fraud, money laundering in order to operate said criminal conspiracy and a variety of other crimes such as bribery and extortion. These are the defendants in group 1 - Governor Gavin Newsom, Vice President Kamala Harris, Governor J. B. Pritzker, Mayor Zohran Mamdani, Katie Porter, Jasmine Crockett, and AG Aaron ford. The second group consists of "law enforcement leaders" in order to expose TO them the criminality that is being conducted "right underneath their noses". These special persons are - Sigal Chattah, Governor Joe Lombardo, Sheriff Kevin McMahill, chief of police Reggie Radar, DA Steven Wolfson, and FBI Special Agent in Charge Jeremy Schwartz. With this they should have no problem investigating this MAGA conspiracy. The purpose is to also expose TO them this conspiracy. It is a wonder how Bouari single-handedly unravelled this conspiracy and the FBI with its thousands of

Page 1

FIRST AMENDED Complaint.

agents and tens of thousands of informants remains clueless as to this conspiracy's existence. The FBI is a premier and independant agency, not the tool of a corrupt president. The third group consists of certain persons actively involved in this conspiracy which is on-going. These persons are - Johnathan Cooper, Alicia Albitron, Nicholas Vaskov, John Cory, Elizabeth Anderlik, Dennis Lay, Stephanie Garcia and the city of Henderson. Bouari has accumulated around 200 videos and 500 exhibits over the past 30 months proving this MAGA conspiracy. Bouari has emailed Henderson police, Las Vegas Metro police, San diego sheriff departments, along with Henderson prosecutors a plethora of evidence. In retaliation the city of Henderson concocted 2 criminal cases against Bouari in hopes of putting a halt to his unravelling of their criminality, and to cover up the identity of its members. What occurs on the "macro" level occurs on the "micro" level. Trump's corrupt indictments of James Comey and Leticia James are tantamount to what they unleashed on Bouari.

Bouari's evidence is well founded legally as it is mostly obtained from government sources, and the rest at the minimal "overwhelming circumstantial". The system works as such - the police / sheriff are the operant forces behind this RICO conspiracy, they recruit thousands of the uneducated masses, and a "core" group of criminals which is what Heather Marie Haas belongs to. These groups perform a variety of crimes all with main objective of creating fake "ghost voters" to steal elections - be they presidential, gubernatorial, judiciary, senatorial and prosecutors etc..The judiciary and police protect this group to which they actually belong to. Trump who stole the elections places MAGA persons - all of whom were / are involved in said conspiracy, into strategic positions such as the FBI director, the SAC, US attorney etc. in a strategy play to control the whole legal system. Fortunately the federal judges and prosecutors for their part have fought this corrupt system and are fighting for USA democracy and to uphold the constitution.

The uncovering of said conspiracy - Heather Haas.

Bouari met Haas in March 2022. They quickly started a romantic relationship and soon lived together. In October 2023 they proposed to each other. In April 2022 Haas invited Bouari to a staycation at the Ahern hotel. After checking in they both walked towards the elevator to head to their hotel room. A man with a sun burned face started circling them and acted strangely, he even got onto the elevator and rode it to the same floor Haas and bouari got off at. That man was Sam Brown, the MAGA candidate for Nevada senate. In June 2023 after Bouari and Haas had a heated argument as to her constant suspicious activity and her anxiety and statements about how she was involved in something "unpure and evil" 2 police men showed up at Bouari's domicile. The ring camera shows them hiding behind the garage door and averting their faces from the camera's view. In October 2023 Bouari surprise visited Haas at her work where he witness a "bazaar like" atmosphere an dthat Haas was meeting people who were concealing their faces.

Page 2

FIRST AMENDED Complaint.

That night 2 police women showed up at the condo that Bouari and Haas lived at and threatened Bouari that if he didn't leave Las Vegas "he would regret it".

Prior to this corrupt police action Bouari had google searched "Hather Haas crimes", what appeared was ahuman trafficking case on a "Heather Carriker" who was also 48 years old and lived in Henderson, which was the same age Haas was. There was also a "John Griffin" involved with this case, excapt no such person exists and the image of "John" was in fact an edited image of her friend and co-worker. Carriker was an edited version of Haas. Bouari searched for the case on Henderson Justice court's (HJC) website. The case existed and stated that Griffin received a 23 year sentence and Carriker a 96 month sentence which she was serving at Florence McCue female detention center. Bouari searched on Florence Mccue's site for Heather Carriker and "0 results" appeared. The case was fictitious. bouari then discovered that there were over 6,000 "Heather" cases on HJC dockets, and 121 "Heather Marie" cases. Based on population probabilty studies there should have been a maximum of 4 cases as such.

Two of the Heather cases were "Towle" and "Acklin". Bouari searched "Heather Haas" on Henderson detention center's site and a "Heather Towle" appeared. On HJC dockets "Towle" and "Acklin" had the exact same cases, as did Haas and Acklin. Searching on social media and clicking on one of the profiles for "Heather Acklin" Bouari discovered dozens of "Heathers", one of which was Towle. Half of these Heathers had criminal cases on HJC dockets.

There are attorneys associated with these cases such as Scott Holper. Haas created many "distinct looks" for herself. One can safely assume that persons were furthering the interests of this MAGA conspiracy by abusing the "attorney-client" privelage and Haas using different looks based on the different cases and attorneys to retain "compartmentalization".

There are hundreds of fake arrests / mug shots released by Metro and Henderson PD, and other cities and states too. Many of these images are that of police persons. Bouari has compared these mug shot images to actual persons and persons on Kasidie swinger and other "sex sites". Bouari discovered that Haas had over 100 messages between several profiles and hers.

Recent searches of "Heather Haas crimes" would bring up "operation Heatwave" a fake human trafficking sting operation, along with the perpetrators name. Bouari searched those names on all the dockets - none of them existed.

Heather Haas - Bouari texts.

Haas would constantly be anxious and scared, she admitted to bouari that she is being forced to do things for powerful people who won't let her out of "this group". She attempted suicide 4 months prior to meerting Bouari, and stated once that "she was going to end it, you will never love me". There were many such texts admitting she was scared and involved in something insidiuos that she could not withdraw from.

Page 3

FIRST Amended Complaint

Haas is connected to MAGA leaders. We discussed the Sam Brown incident, We also see Haas with Michele Fiore, (Lady Trump) at the federal courthouse in July 2024 taking notes from her. In addition to that Haas is seen at Trump's economic round table in Las Vegas in November 2024.

The co-conspirators meeting place.

The "Swinger's circle" is ostensibly a swinger sex event but in actuality is a location where members of this conspiracy meet every Thursday at 9 PM. The doors are shut at 9.30 PM, and the exact location is only given to attendees 2 hours prior to 9 PM. The first course of events is where everyone has to be completely naked under dim light and play the "Game", which is supposedly a trivia game, but actually a method by which the members verify attendees legitimacy through a code word. Bouari would hear Haas state this on the phone many times over the phone, one such was MAPLE.

The phone number for the Swinger's circle is the same number for a real estate company owned by "Gureg Baboian". The trademark for the Swinger's circle is owned by "Heather Marie Baboian" who is married to Gureg. Marie is Haas' middle name. There are scores of real estate transactions in the county courthouse with "Heather Marie Baboian" and other persons one of whom is "Randall Barnes". A search on Clark county marriage records shows that Barnes is married to a "Heather Campbell". Campbell is Haas' name she took when she was married to "Dave Campbell". In fact there are dozens of fake marriages with Heather Campbell, Simms (Paul Simms is Haas' father's name) and Haas - in several states.

Haas has attempted to withdraw from this conspiracy several times but would come under threats of violence and blackmail. Eventually the MAGA leaders and police forced Haas to place a restraining order on Bouari as he started unraveling this conspiracy. The police immediately attempted to get Bouari to violate this order. Bouari has ample proof.

One of the main reasons the corrupt Henderson justices, prosecutors and police need a restraining order on Bouari is so he would not go back to her place of work where the members of this conspiracy meet up, but also they fear that Haas would leave this criminal enterprise with all the potential risks.

Rachel Meyers is owner of the "body beauty spa" in Henderson. Meyers attempted to seduce Bouari only to be mocked by him. It is a money laundering front. Meyers also offers "limousine sex parties" and is on the board of directors of "Juvenile justice impact" (JJI). Susan Feneck is the CEO of the JJI, which is ostensibly a charity for victims of sexual abuse but is also a money laundering front. Feneck received her doctorate degree from Argosy university an unaccredited institution that was eventually shut down for being a diploma mill. Sigal Chattah is also on the board of directors of the JJI. Other money laundering fronts include the SHERO foundation, the "Gentleman's ride" and others based out of Henderson, Nevada.

Page 4

FIRST Amended Complaint.

First cause of action. Bouari was arrested in Miami and spent 8 days in jail due to a concocted case by corrupt DA and judges. Whilst in jail he contracted a virus that effected his heart and kidney. He received no medical attention. A few eeks later Bouari was admitted to the ER in Henderson where he spent 8 days, 2 of which he almost lost his life. There are doctors and nurses who will attest to that fact.

Second cause of action. The MAGA criminal enterprise disrupted and destroyed Bouari's consulting business.

Third cause of action. The police who are the operant for ce behind this conspiracy have illegally hacked into Bouari's electronic devices thereby committing federal crimes.

Fourth cause of action. In efforts to cover up their criminality the corrupt judiciary and police placed a restraining order between Bouari and Haas who were about to get married, thereby violating Bouari's freedom of speech and freedom of association.

Fifth cause of action. Police and sheriffs have unleashed thousands of gang stalkers on Bouari thereby committing crime of "piracy on the highways".

PRAYER FOR RELIEF.
Bouari pleads with the court for monetary damages of $6 million, and $18 million punitive monetary damages.

Dated: November 11, 2025                    Signature:

                                            By: EMILE BOUARI

Page ___5___

Title of Pleading

FIRST Amended Complaint

EXHIBITS

Bouari has filed 3 addenda on this complaint attaching around 400 exhibits and pages of evidence regarding this criminal conspiracy.

Page ___

first amended complaint exhibits notice

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

|  |  |
|---|---|
| _____<br><br>*Plaintiff(s)*<br>v.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

To Clerk of The Court, proposed "Summons"

I have Filed An Amended Complaint- And Added New Defendants.
Could You please "Update" my Summons - so As to Be Able to Serve These New Defendants.
The list is marked X

My phone # is 619-650.2388

Sincerely

Erik Burni

P.s- see Enclosed stamped Envelope.

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 8 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

EMILE BOUARI

Plaintiff,

vs

SIGAL CHATTAH
GOVERNOR GAVIN NEWSOM
VP KAMALA HARRIS
J.B. PRITZKER
ZOHRAN MAMDANI
KATIE PORTER
JASMINE CROCKETT
AARON FORD
JOE LOMBARDO
KEVIN MCMAHILL
REGGIE RADAR
JEREMY SCHWARTZ
STEVEN WOLFSON
CITY OF HENDERSON
ALICIA ALBITRON
JOHNATHAN COOPER
NICHOLAS VASKOV
JOHN CORY
ELIZABETH ANDERLIK
DENNIS LAY
STEPHANIE GARCIA

Defendants

Page __

first amended complaint defendant list